UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOTAG, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZOOSK, INC., <br><br> Defendant. | Case No. 13-cv-00217 NC <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The above-captioned civil case was transferred to the Northern District of California from the Eastern District of Texas on January 16, 2013. The Court ORDERS an initial case management conference set for February 13, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. By February 6, 2013, the parties must submit a joint case management statement and consent to or decline the jurisdiction of a United States magistrate judge. The Court VACATES the initial case management conference currently scheduled for April 17, 2013 and adjusts accordingly all deadlines set in the ADR scheduling order, Dkt. No. 116.

IT IS SO ORDERED.

Date: January 17, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge