CHARLENE M. MORROW (CSB No. 136411)
cmorrow@fenwick.com
PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HECTOR J. RIBERA (CSB No. 221511)
hribera@fenwick.com
BRIAN LAHTI (CSB No. 278951)
blahti@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant and Counterclaimant
ZOOSK, INC.

Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: dmount@mount.com;
kpasquinelli@mount.com;
Counsel for GeoTag, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ZOOSK, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 13-cv-00217-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR ZOOSK, INC.'S MOTION FOR LEAVE TO SUPPLEMENT ITS INVALIDITY CONTENTIONS**<br><br>Date: n/a<br>Time: n/a<br>Location: Courtroom 5, 17th Floor<br>Judge: Edward M. Chen<br>Trial Date: n/a<br>Date Action Filed: September 13, 2011 |

## STIPULATION

WHEREAS, on June 24, 2013, pursuant to this Court's Claim Construction Briefing Schedule (Dkt. No. 133), Zoosk, Inc. ("Zoosk") filed a motion seeking leave to supplement its invalidity contentions;

WHEREAS, under this Court's standard motion practice, GeoTag, Inc. ("GeoTag") has up to and including July 8, 2013 to file its Opposition;

WHEREAS, under this Court's standard motion practice, Zoosk has up to and including July 15, 2013 to file its Reply;

WHEREAS, Zoosk has noticed a hearing date before the Court regarding Zoosk's motion for leave to supplement its invalidity contentions for August 1, 2013, at 1:30 P.M.;

WHEREAS, on June 26, 2013, counsel for GeoTag and Zoosk agreed to the foregoing schedule, extending the previous deadlines by a week;

NOW THEREFORE, IT IS STIPULATED AND AGREED, and respectfully requested that the Court order as follows:

1. GeoTag shall have up to and including July 15, 2013 to file any Opposition to Zoosk's motion for leave to supplement its invalidity contentions;
2. Zoosk shall have up to and including July 22, 2013 to file any Reply in support of its motion for leave to supplement its invalidity contentions; and
3. Should the Court wish to hear oral argument, the hearing on Zoosk's motion for leave to supplement its invalidity contentions shall be on August 29, 2013, at 1:30 P.M. or as soon thereafter as the matter may be heard before the Honorable Edward M. Chen.

.

## [PR~~OPO~~SED] ORDER

Pursuant to the stipulation it is SO ORDERED.

Dated: 7/8/13 _____
Hon. Edward M. [Chen]
United States Dis[trict Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

STIPULATION AND [PROPOSED] ORDER     2     Case No. 13-cv-00217-EMC

Dated: July 3, 2013　　　　　　　　　FENWICK & WEST LLP

By: /s/ Hector J. Ribera
　　Hector J. Ribera

Attorneys for Defendant and Counterclaimant
ZOOSK, INC.

Date: July 2, 2013　　　　　　　　　Mount, Spelman & Fingerman, P.C.

/s/ *Kevin M. Pasquinelli*
Kevin M. Pasquinelli
Attorneys for Plaintiff GeoTag, Inc.