CHARLENE M. MORROW (CSB No. 136411)
cmorrow@fenwick.com
PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HECTOR J. RIBERA (CSB No. 221511)
hribera@fenwick.com
BRIAN LAHTI (CSB No. 278951)
blahti@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:      650.988.8500
Facsimile:      650.938.5200

Attorneys for Defendant and Counterclaimant
ZOOSK, INC.

Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Kevin M. Pasquinelli, Esq. (Cal. Bar No. 246985)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com;
kpasquinelli@mount.com;
Counsel for GeoTag, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GEOTAG, INC.,

                          Plaintiff,

        v.

ZOOSK, INC.,

                          Defendant.

AND RELATED COUNTERCLAIMS.

Case No.: 13-cv-00217-EMC

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDINGBRIEFING SCHEDULE FOR ZOOSK, INC.'S MOTION FOR LEAVE TO SUPPLEMENT ITS INVALIDITY CONTENTIONS**

Date:          n/a
Time:          n/a
Location:    Courtroom 5, 17th Floor
Judge:        Edward M. Chen
Trial Date:  n/a
Date Action Filed:  September 13, 2011

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

**STIPULATION**

2      WHEREAS, on June 24, 2013, pursuant to this Court's Claim Construction Briefing

3   Schedule (Dkt. No. 133), Zoosk, Inc. ("Zoosk") filed a motion seeking leave to supplement its

4   invalidity contentions;

5      WHEREAS, under this Court's standard motion practice, GeoTag, Inc. ("GeoTag") has up

6   to and including July 8, 2013 to file its Opposition;

7      WHEREAS, under this Court's standard motion practice, Zoosk has up to and including

8   July 15, 2013 to file its Reply;

9      WHEREAS, Zoosk has noticed a hearing date before the Court regarding Zoosk's motion

10   for leave to supplement its invalidity contentions for August 1, 2013, at 1:30 P.M.;

11      WHEREAS, on June 26, 2013, counsel for GeoTag and Zoosk agreed to the foregoing

12   schedule, extending the previous deadlines by a week;

13      NOW THEREFORE, IT IS STIPULATED AND AGREED, and respectfully requested

14   that the Court order as follows:

15      1. GeoTag shall have up to and including July 15, 2013 to file any Opposition to

16         Zoosk's motion for leave to supplement its invalidity contentions;

17      2. Zoosk shall have up to and including July 22, 2013 to file any Reply in support of

18         its motion for leave to supplement its invalidity contentions; and

19      3. Should the Court wish to hear oral argument, the hearing on Zoosk's motion for leave

20         to supplement its invalidity contentions shall be on August 29, 2013, at 1:30 P.M. or

21         as soon thereafter as the matter may be heard before the Honorable Edward M. Chen.

22   .

23

**[PROPOSED] ORDER**

24      Pursuant to the stipulation it is SO ORDERED.

25

26   Dated: _____          7/8/13

27                                    Hon. Edward M.
                                     United States Dis

28

IT IS SO ORDERED

Judge Edward M. Chen

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   Dated:   July 3, 2013                    FENWICK & WEST LLP

2

3                                            By: /s/ Hector J. Ribera
                                                 Hector J. Ribera
4
                                             Attorneys for Defendant and Counterclaimant
5                                            ZOOSK, INC.

6   Date: July 2, 2013                       Mount, Spelman & Fingerman, P.C.

7

8                                            /s/ Kevin M. Pasquinelli
                                             Kevin M. Pasquinelli
9                                            Attorneys for Plaintiff GeoTag, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW