# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FRONTIER COMMUNICATIONS CORP.,** *et al.*, | **2:10-cv-265** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**YELLOWPAGES.com LLC** | **2:10-cv-272** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GEORGIO ARMANI S.P.A.,** *et al.*, | **2:10-cv-569** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AROMATIQUE, INC.,** *et al.*, | **2:10-cv-570** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GUCCI AMERICA, INC.,** *et al.*, | **2:10-cv-571** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**STARBUCKS CORP.,** *et al.*, | **2:10-cv-572** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**RENT-A-CENTER, INC.,** *et al.*, | **2:10-cv-573** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**THE WESTERN UNION COMPANY,** e*t al.*, | **2:10-cv-574** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ROYAL PURPLE, INC.,** e*t al.*, | **2:10-cv-575** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**YAKIRA, L.L.C.,** e*t al.*, | **2:10-cv-587** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**WHERE 2 GET IT, INC.,** e*t al.*, | **2:11-cv-175** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**ZOOSK, INC.** | **2:11-cv-403** |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**EYE CARE CENTERS OF AMERICA, INC.,**<br> **e***t al.***,** | **2:11-cv-404** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CIRCLE K STORES, INC., e***t al.***,** | **2:11-cv-405[1]** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AMERCO, e***t al.***,** | **2:11-cv-421** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**7-ELEVEN, INC., e***t al.***,** | **2:11-cv-424** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**SUNBELT RENTALS, INC.** | **2:11-cv-425** |
| **GEOTAG, INC.,**<br><br>**v.** | **2:11-cv-426** |

---

[1] Including Case Nos. 2:12-cv-436 through 488.

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| | |
|---|---|
| **CLASSIFIED VENTURES, LLC** | |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-43** |
| **CANON INC.,** e*t al.*, | |

| | |
|---|---|
| **WHERE 2 GET IT, INC.,** | |
| **v.** | **2:12-cv-149** |
| **GEOTAG, INC.** | |

## DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS

Pursuant to Local Patent Rule 3-3, the under-signed Defendants (collectively, "Defendants") hereby serve their Joint Initial Invalidity Contentions ("Invalidity Contentions") and accompanying document production on Plaintiff GeoTag, Inc. ("GeoTag"). Defendants contend that each of the asserted claims of U.S. Patent No. 5,930,474 (the "'474 patent") is invalid under at least 35 U.S.C. §§ 102, 103, and/or 112.

## INTRODUCTION

The GeoTag Texas litigation is made up of twenty different lawsuits (including the Where2GetIt declaratory judgment action recently transferred from Delaware) that all concern a single patent – the "'474 patent". As indicated in its Infringement Contentions[2], GeoTag asserts claims 1-3, 5, 9-10, 13, 18, 20, 24-25, 31-32, 34, and 36-38 of the '474 patent ("asserted claims")

---

[2] GeoTag asserted the same claims in Supplemental Infringement Contentions that were served on certain defendants.

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

against directory services, online store locator and job locator technology.   The Invalidity Contentions are based in whole or in part on Defendants' current understanding of the asserted claims and Plaintiff's apparent construction of those claims in its Infringement Contentions. Accordingly, the Invalidity Contentions, including the attached invalidity claim charts, may reflect alternative positions as to claim construction and scope.   Further, all of the asserted claims are invalid under 35 U.S.C. § 112 because they are indefinite, lack enablement, lack adequate written description, and/or lack disclosure of best mode as discussed below in Section F.  By including prior art that would anticipate or render obvious the asserted claims, Defendants do not admit the claim limitations are capable of construction and do not adopt GeoTag's apparent claim construction or admit the accuracy of any particular claim construction.

GeoTag's Infringement Contentions lack proper and complete disclosure as to each Defendant's accused products.  Defendants are seeking further supplementation from GeoTag to cure a multitude of deficiencies in the Infringement Contentions.  For example, GeoTag accuses numerous store locators operated by Defendants of being "configured to search … topically" because they display store names and telephone numbers even though the accused instrumentalities lack the ability to conduct a search by store name or telephone number.  Prior to claim construction, and subject to Defendants' position that GeoTag has failed to identify this required element of the asserted claims, Defendants have taken a literal reading of the asserted claims for purposes of streamlining and reducing the field of prior art contained in these contentions.  Accordingly, Defendants reserve the right to further supplement or modify the Invalidity Contentions, including the prior art disclosed and the stated grounds of invalidity.

- 5 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

Defendants further reserve the right to revise their Invalidity Contentions, which may change depending upon the Court's construction of the asserted claims, additional information obtained during discovery, any findings as to the priority date of the asserted claims, and/or positions that GeoTag or expert witness(es) may take concerning claim construction, infringement, and/or invalidity issues.  The Invalidity Contentions pertain only to the asserted claims as identified by GeoTag's Infringement Contentions.  To the extent the Court allows GeoTag to assert additional claims, Defendants reserve the right to modify, amend, or supplement the Invalidity Contentions to show the invalidity of any such claims.  Defendants further reserve the right to supplement their accompanying document production should they later find additional relevant documents, software and/or source code.

Defendants may further rely on inventor admissions concerning the scope or state of the prior art relevant to the asserted claims; the patent prosecution history for the asserted patent, and related patents and/or patent applications; any deposition or trial testimony of the named inventors on the asserted patent; and the papers filed and any evidence produced or submitted by GeoTag in connection with this or related litigation.  In particular, Defendants reserve the right to contend that the asserted claims are invalid under 35 U.S.C. § 102(f) in the event Defendants obtain evidence that the named inventors did not invent the subject matter in the asserted claims.

Prior art not included in these Invalidity Contentions, whether known or not known to Defendants, may become relevant.  In particular, Defendants are currently unaware of the extent, if any, to which GeoTag will contend that limitations of the asserted claims are not disclosed in the prior art identified in the Invalidity Contentions.  Accordingly, Defendants reserve the right to

- 6 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

identify other references that would render obvious the allegedly missing limitation(s) of the disclosed device or method.

Because discovery has just recently begun, Defendants anticipate that additional prior art and invalidity bases may be found.  Thus, Defendants reserve the right to revise, amend, and/or supplement the information provided herein, including identifying, charting, and relying on additional references.

Additionally, because third-party discovery is on-going, Defendants reserve the right to present additional items of prior art under 35 U.S.C. §§ 102(a), (b), (e), and/or (g), and/or § 103 located during discovery or further investigation, and to assert contentions of invalidity under 35 U.S.C. §§ 102(c), (d), or (f).  For example, Defendants have issued and expect to issue additional subpoenas to third parties believed to have knowledge, documents and/or corroborating evidence concerning the validity of the asserted claims.

In addition to the positions and prior art identified below and the accompanying invalidity claim charts, Defendants also incorporate by reference all invalidity contentions, prior art, and invalidity claim charts (including, without limitation, all anticipation positions, obviousness positions (including all prior art combinations and motivations to combine), indefiniteness positions, and enablement positions) disclosed at any time by parties in the present litigation or by any party to any other litigation or U.S. Patent and Trademark Office proceeding involving the '474 patent, including without limitation, the following litigations:

- *Geomas (Int'l) Ltd. v. Idearc Media Services-West Inc.*, 2:06-cv-475 (E.D. Tex)

- *GeoTag Inc. v. Frontier Commc'ns. Corp. et al.*, 2:10-cv-00265-MHS (E.D. Tex.)

- *GeoTag Inc. v. Yellowpages.com, LLC*, 2:10-cv-00272-MHS (E.D. Tex.)

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

- *Microsoft Corporation and Google Inc. v. GeoTag, Inc.*, 1:11-cv-175 (D. Del.)

Defendants reserve the right to supplement or otherwise amend these Invalidity Contentions in response to any original or rebuttal expert report, or in response to any claim construction order(s) issued by this Court.  Defendants also reserve the right to supplement or otherwise amend these Invalidity Contentions in response to any rebuttal evidence by GeoTag or as otherwise may be necessary or appropriate under the circumstances.

## I.      U.S. PATENT NO. 5,930,474

**A.      Prior Art**

Defendants list below prior art that anticipates or renders obvious the asserted claims of the '474 patent under 35 U.S.C. § 102 and/or 103.  A complete listing of these references is also provided in Appendix A.  Invalidity claim charts for these references with respect to the asserted claims of the '474 patent are attached in Appendix B.

Defendants have identified relevant portions and/or features of the prior art.  However, the identified prior art may contain additional descriptions of or alternative support for the claim limitations.  Defendants may rely on uncited portions or features of the identified prior art, other documents, and expert testimony, to provide context or to aid in understanding the identified prior art and the state of the art.  Citations to a particular figure in a reference include the caption and description of the figure and any text relating to the figure.  Similarly, citations to particular text referring to a figure include the figure and caption as well.

Throughout the attached Appendix B, Defendants provide examples of where references disclose subject matter recited in preambles of the asserted claims, regardless whether the preambles limit the claims.  Defendants reserve the right to argue that the preambles are or are not limitations.

- 8 -

Further, where an entry in a claim chart corresponding to a given limitation refers back to the discussion of another claim, the entry incorporates all evidence cited for the other claim.

**B.      Anticipation**

In Tables 1A-1C, Defendants identify prior art that anticipates certain of the asserted claims of the '474 patent under at least 35 U.S.C. §§ 102(a), (b), (e), (f) and/or (g), either expressly or inherently as understood by a person having ordinary skill in the art at the time of the invention.  In some instances, Defendants have treated certain prior art as anticipatory where certain elements are inherently present based on GeoTag's apparent claim construction as reflected in its Infringement Contentions.  To the extent that any of the prior art identified below in Tables 1A-1C is found not to anticipate particular claims of the '474 patent, Defendants may rely upon that prior art to render those claims obvious, either alone in view of the knowledge of a person of skill in the art or in combination with other prior art disclosed herein, including with those patents, publications, or systems referenced in Tables 1A-1C, 2A-2B and Appendices A-E.

**1.      Prior Art Patents**

The following patents are anticipatory prior art to at least one asserted claim of the '474 patent under at least one of 35 U.S.C. §§ 102(a), (b), (e), and/or (g):

| Table 1A | | |
|---|---|---|
| **Inventor/Reference Name** | **Patent Number** | **Date(s)** |
| Bouve '170 | U.S. Patent No. 4,974,170 | Filed Jan. 25, 1990; Issued Nov. 27, 1990 |
| Bouve '525 | U.S. Patent No. 5,682,525 | Filed Jan. 11, 1995; Issued Oct. 28, 1997 |
| Behr '566 | U.S. Patent No. 5,808,566 | Filed June 23, 1995; Issued Sept 15, 1998 |
| Behr '789 | U.S. Patent No. 5,543,789 | Filed June 24, 1994; Issued Aug. 6, 1996 |
| Simonetti | U.S. Patent No. 5,295,261 | Filed July 27, 1990; |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| | | Issued Mar. 15, 1994 |
|---|---|---|
| Delorme '707 | U.S. Patent No. 5,559,707 | Filed Jan. 31, 1995; Issued Sept. 24, 1996 |
| Bellesfield | U.S. Patent No. 6,282,489 | Filed May 28, 1993; Issued Aug. 28, 2001 |
| Tornetta '576 | U.S. Patent No. 4,870,576 | Filed Mar. 19, 1986; Issued Sept. 26, 1989 |
| Tornetta '989 | U.S. Patent No. 5,032,989 | Filed April 24, 1989; Issued July 16, 1991 |
| Millier | U.S. Patent No. 5,671,342 | Filed Nov. 30, 1994; Issued Sept. 23, 1997 |
| Reed | U.S. Patent No. 5,241,671 | Filed Oct. 26, 1989; Issued Aug. 31, 1993 |
| Taylor | U.S. Patent No. 5,832,497 | Filed Aug. 10, 1995; Issued Nov. 3, 1998 |
| Morimoto | U.S. Patent No. 5,784,059 | Filed on June 30, 1995 Issued on July 21, 1998 |
| Seda | U.S. Patent No. 5,519,619 | Filed Mar. 14, 1994; Issued on May 21, 1996 |
| Sotiroff | U.S. Patent No. 5,852,810 | Filed on Jan. 29, 1996; Dec. 22, 1998 |
| Hopkins | WO 97/22066 | Priority based on US provisional 60/009,290 on Dec. 15, 1995; Int'l filing date Dec. 13, 1996 and published June 19, 1997 |
| Bouve '768 | U.S. Patent No. 5,648,768 | Filed Dec. 30, 1994 Issued Jul. 15, 1997 |
| Bouve '291 | U.S. Patent No. 6,415,291 | Priority based on application No. 08/371,425 filed on Jan. 11, 1995; Issued Jul. 2, 2002 |
| De Hond '533 | U.S. Patent No. 5,737,533 | Filed Oct. 26, 1995; Issued Apr. 7, 1998 |
| Dedrick | U.S. Patent No. 5,724,521 | Filed Nov. 3, 1994; Issued Mar. 3, 1998 |
| DeLorme '040 | U.S. Patent No. 5,948,040 | Priority based on application No. 08/521,828 filed Aug. 31, 1995; Issued Sept. 7, 1999 |
| Griffin '809 | U.S. Patent No. 5,422,809 | Filed Aug. 25, 1993; |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| | | Issued Jun. 6, 1995 |
|---|---|---|
| Hirono '343 | U.S. Patent No. 6,263,343 | Filed Jan. 3, 1997; Issued Jul. 17, 2001 |
| Hughes '977 | U.S. Patent No. 5,736,977 | Filed Apr. 26, 1995; Issued Apr. 7, 1998 |
| Phelan | U.S. Patent No. 6,240,360 | Priority based on foreign application GB/9516762 filed Aug. 16, 1995; Issued May 29, 2001 |
| Riskin | U.S. Patent No. 4,757,267 | Filed Jun. 17, 1987; Issued Jul. 12, 1988 |
| Semple '307 | U.S. Patent No. 6,408,307 B1 | Priority based on application No. 08/371,425 filed on Jan. 11, 1995; Issued Jun. 18, 2002 |
| Semple '674 | Publication No. US 2002/0032674 A1 | Priority based on application No. 08/371,425 filed on Jan. 11, 1995; Published Mar. 14, 2002 |
| Wesinger '367 | U.S. Patent No. 5,778,367 | Filed Dec. 14, 1995; Issued Jul. 7, 1998 |
| Wharton | U.S. Patent No. 5,831,664 | Filed Dec. 15, 1995; Issued Nov. 3, 1998 |
| Yano '572 | U.S. Patent No. 5,289,572 | Priority based on Ser. No. 602,684 filed Oct. 24, 1990; Issued Feb. 22, 1994 |
| Kondou | U.S. Patent No. 6,073,075 | Priority based on foreign patent JP 7-284818 filed Nov. 1, 1995; Issued Jun. 6, 2000 |
| Loughmiller | U.S. Patent No. 4,914,605 | Priority based on Ser. No. 663,862 filed Oct. 22, 1984; Issued Apr. 3, 1990 |
| Takanori | Japanese Publication No. 01-195577 | Filed Jan. 29, 1988; Published Aug. 7, 1989 |
| Bruner | U.S. Patent No. 5,594,661 | Filed Sep. 23, 1994; Issued Jan. 14, 1997 |
| Keighan | U.S. Patent No. 6,161,105 | Priority based on application No. 08/342,922 filed Nov. |

- 11 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| | | 21, 1994;<br>Issued Dec. 12, 2000 |
|---|---|---|
| Loomis '629 | U.S. Patent No. 5,646,629 | Filed May 16, 1994;<br>Issued Jul. 8, 1997 |
| Salmon | U.S. Patent No. 5,592,375 | Filed Marh. 11, 1994;<br>Issued Jan. 7, 1997 |
| Tamai | U.S. Patent No. 5,608,635 | Priority based on Ser.<br>No. 869,142 filed Apr.<br>14, 1992;<br>Issued Mar. 4, 1997 |

### 2.    Prior Art Publications

The following publications are anticipatory prior art to at least one asserted claim of the '474

patent under at least one of 35 U.S.C. §§ 102(a), (b) and/or (g):

| Table 1B | | |
|---|---|---|
| **Author/Reference Name** | **Reference** | **Date(s)** |
| Crossley | Crossley, *WAIS through the Web – Discovering Environmental Information*, The Second Int'l WWW Conference '94, Mosaic and the Web; Crossley, *A Generic Map Interface to Query Geographic Information Using the World Wide Web*, Asia-Pacific World Wide Web '95 Conference and Exhibition, (August 1995) | 1994-1995 |
| Andresen | Andresen, *The WWW Prototype of the Alexandria Digital Library*, Proceedings of the International Symposium on Digital Libraries, August 22-25, 1995, Tsukuba, Japan (pp. 17-27). | Aug. 1995 |
| Friedl | Friedl, *MAPWD: An Interactive Mapping Tool for Accesing Geo-Referenced Data Sets*, Computers & Geosciences, vol. 15, no. 8, pp. 1203–19 (1989). | 1989 |
| Tsalgatidou | Tsalgatidou, *A Hypermedia Tourist Guide*, Proceedings of ENTER-94, Springer-Verlag, 1994, pp. 72–79 (1994). | 1994 |
| Choy | Choy, et al, *On Real-time Distributed Geographical Database Systems*, Proceedings of the Twenty-Seventh Annual Hawaii International Conference on Systems Sciences, (Jan. 4-7, 1994 IEEE 060-3425/94). | 1994 |
| Chu - GoGis | Chu, et al, *CoGIS: a cooperative geographical* | 1994 |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| | | |
|---|---|---|
| | *information system*, SPIE Vol 2244, at page 53 (October 1994). | |
| Chu – Structured Approaches | Chu and Chen, *A Structured Approach For Cooperative Query Answering*, IEEE TRANSACTIONS ON KNOWLEDGE AND DATA ENGINEERING, VOL. 6, NO. *5* (October 1994). | 1994 |
| Chu  - Cooperative Query | Chu, et al., *Cooperative Query Answering via Type Abstraction Theory*, Proceedings Of the International Working Conference on Cooperating Knowledge Based Systems, (Oct. 1990). | 1990 |
| Kent | Robert E. Kent & Christian Neuss, *Creating a Web Analysis and Visualization Environment*, Computer Networks and ISDN Systems, Volume 28, Issues 1–2 (December 1995). | 1995 |
| Weiland | William J. Weiland, Ben Shneiderman, *A Graphical Query Interface Based on Aggregation/Generalization Hierarchies*, Information Systems, Vol. 18, Issue 4, pgs 215-232 (June 1993). | 1993 |
| Saido | Agus Prijadi Saido, *Hierarchical Data Structures for Geographical Objects* (January 1992). | 1992 |
| Shekhar | Shashi Shekhar, Duen-Ren Liu, *Genesis and Advanced Traveler Information Systems (ATIS): Killer Applications for Mobile Computing?*, NSF MOBIDATA Workshop on Mobile and Wireless Information Systems (Nov. 1994). | 1994 |
| Worboys | Michael Worboys, *GIS: A Computing Perspective*, Taylor & Francis, Inc. (1995). | 1995 |
| Arikawa | Masatoshi Arikawa, et al., *Dynamic Maps as Composite  Views of Varied Geographic Database Servers*, Proceedings of the First International Conference on Applications of Databases (Witold Litwin, Tore Rische Eds.), Vadstena, Sweden, Lecture Note in Computer Science 819, Springer-Verlag, pp. 142-157 (June 1994). | June 1994 |
| Miller | Renee J. Miller, et al., *Integrating Hierarchical Navigation and Querying: A User Customizable Solution*, ACM Multimedia Workshop on Effective Abstractions in Multimedia Layout, Presentation, and Interaction, San Francisco, CA, (November 1995) | November 1995 |
| Voisard I | Agnes Voisard, *Mapgets: A Tool for Visualizing and Querying Geographic Information*, Journal of | 1995 |

- 13 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| | Visual Languages and Computing (1995) | |
|---|---|---|
| Voisard II | Agnes Voisard, *Designing and integrating user interfaces of geographic database applications*, International Computer Science Institute (March 1994) | March 1994 |
| Tanaka | M. Tanaka, T. Ichikawa, *A Visual User Interface for Map Information Retrieval Based on Semantic Significance*, IEEE Transactions On Software Engineering, Vol. 14, No. 5, pp. 666-670 (May 1988) | May 1988 |
| Vrana | Ric Vrana, *Design and operation of a Meta-GIS*, GIS 92 Symposium, Sixth annual GIS symposium (February 1992) | 1992 |
| Rigaux | Philippe Rigaux, Michel Scholl, *Multiple Representation Modelling and Querying*, Proceedings of IGIS '94 (November 1994) | November 1994 |
| Jarvelin | Kalervo Jarvelin, Timo Niemi, *Deductive Information Retrieval Based on Classifications*, Journal of the American Society for Information Science, Vol. 44 No. 110, pp.557-578 (December 1993) | December 1993 |
| Schwartz – Internet Resource | Michael F. Schwartz, et al., *A Comparison of Internet Resource Discovery Approaches*, Computing Systems, Vol. 5 No. 4 (August 1992)<br><br>Michael F. Schwartz, *Internet Resource Discovery at the University of Colorado*, Computer, pp. 25-35 (September 1993) | 1992-1993 |
| Crossley '94 | D. Crossley, *WAIS through the Web - Discovering Environmental Information*, Electronic Proceedings of the Second International World Wide Web Conference '94: Mosaic and the Web, Chicago, USA (October 17, 1994) | October 1994 |

### 3.    Prior Art Knowledge, Uses, Sales, Offers for Sale, and Inventions by Others

The following items of prior art are anticipatory for at least one asserted claim of the '474

patent under at least one of 35 U.S.C. §§ 102(a), (b) and/or (g):

| Table 1C | | |
|---|---|---|
| **Reference Name** | **System Description** | **Date(s)** |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| Table 1C | | |
|---|---|---|
| **Reference Name** | **System Description** | **Date(s)** |
| HomeView System | The HomeView System was publicly available in January of 1992.  It is described in the Declaration of Robert Norton, founder of HomeView, in relation to the publicly available re-examination of U.S. Patent No. 6,416,291, control number 90/008,329. | January 1992 |
| Yahoo! | • Dan Lester, "Profile of a Web Database," Database Vol. 18, Issue 6 (December 1995)<br>• David Filo & Jerry Yang, "Yahoo! Unplugged: Your Discovery Guide to the Web," John Wiley & Sons Inc. (November 1995) | At least December 1995 |
| City.Net | • http://www.semi-retired.com/citynet/first_year.html<br>• Mark R. Brown, Using Netscape 2, Que Corporation, 1995 at pg. 194<br>• David Filo & Jerry Yang, Yahoo! Unplugged: Your Discovery Guide to the Web, IDG Books Worldwide, Inc., 1995, at pg. 350<br>• City.Net Screen shots from archive.org<br>• Jackson, K., *A World of Travel is Just a Click Away, Data Web: With Mouse and Modem, Computer Users Can Cruise the Internet for Vacation Information*, Baltimore Sun, Oct. 29, 1995<br>• Wong, S., P*utting Towns on the Web, Communities Going On Line with State Help*, Hartford Courant, Oct. 22, 1995<br>• Akst, D., *For Real Thrills, Get Yourself Ensnared in the World Wide Web*, LA Times, Apr. 26, 1995<br>• Keating, D., *Go Online to Plan Trip -- Or Dream*, Miami Herald, Sept. 14, 1995 | 1994 |
| Microsoft Automap[3] | • Microsoft's Automap Street (published 1995)<br>• Automap Road Atlas (published 1995) | 1995 |
| UCLA Querying System | • System developed by Professor Wesley Chu at UCLA as described in Chu - GoGis, Chu – | 1989-1994 |

---

[3] Defendants have copies of the Automap Street and Automap Road Atlas programs available for inspection upon request.

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| Table 1C | | |
|---|---|---|
| **Reference Name** | **System Description** | **Date(s)** |
| | Structured Approaches, Chu  - Cooperative Query<br>• System described in charts for Chu - GoGis, Chu – Structured Approaches, Chu  - Cooperative Query | |
| PARC Map System | • Steve Putz, Interactive Information Services Using World-Wide Web Hypertext, The First International Conference on the World-Wide Web (WWW '95), May 25-27, 1994, CERN, Geneva (published 1994)<br>• Phillip Davis, *The Xerox PARC Map Server: An Interactive Hypermedia Map Viewer*, Database, Vol. 18, No. 2, pp. 65-67 (April/May 1995) | 1994-1995 |
| Minitel System | • Georges Nahon, *It's not just an electronic phone book*, Telephone Engineer & Management, Vol. 90, No. 18, pp. 85-89, Sept. 15, 1986<br>• Marcel Roulet, Teletel Newsletter, 1987 | 1986-1987 |
| Census TIGER | • TIGER Overview, U.S. Census Bureau<br>• TIGER History, U.S. Census Bureau<br>• U.S. Census Bureau, TIGER/Line Files (1995)<br>• U.S. Census Bureau, Geographic Information Systems | 1995 |
| NYNEX System | • Business Wire 2, *NYNEX Announces Online, Interactive Yellow Pages on PRODIGY* (January 25, 1995)<br>• Jacqueline Emigh, *NYNEX starts "Ad-supported online Yellow Pages" on Prodigy* (published January 26, 1995)<br>• Business Wire 3, *NYNEX goes national with online Yellow Pages; Connecting businesses and consumers nationwide over the Internet* (published October 17, 1995)<br>• Joshua Mills, *So, Let Your Cursor Do the Walking, New York Times* (published December 10, 1993)<br>• BusinessWeek *Now, Your Fingers Can Do the Walking at a Keyboard*, edited by Paul M. Eng (March 2, 1992)<br>• The New York Times, *Taking In the Sites; Fast-Scrolling Yellow Pages* (October 23, 1995) | 1992 |

- 16 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| Table 1C | | |
|---|---|---|
| **Reference Name** | **System Description** | **Date(s)** |
| | • DATABASE Magazine, *Internet Ready Reference Resources* (1996)<br>• NYNEX Interactive Yellow Pages Promotional Materials.  SM 00007189 - 7200<br>• Email from David Fay re: NYNEX Interactive Yellow Pages (October 4, 1995). SM 00007140-41<br>• NYNEX Interactive Yellow Pages Presentation (March 30, 1995). SM 00007103-39<br>• Dep. Tr. of Mike Snow (October 17, 2008).  SM 00002568 - 3276<br>• Dep. Tr. of Al DeBenedictis (November 13, 2008).  SM 00003277 - 3396<br>• *NYNEX Introduces Forerunner of Electronic Yellow Pages*, NYNEX Information Resources (February 19, 1992)[4]<br>• *Inside the Yellow Pages Conference* (March 8–10, 1992)<br>• Presentation from NYNEX Information Technologies Co. Meeting<br>• CTL International Network Documentation (January 1991)<br>• *Online Services Product Plan*, NYNEX Information Technologies (1993)<br>• Presentation on state of NYNEX electronic yellow pages (1992)<br>• *NYNEX Prodigy Electronic Yellow Page Business Case* (May 6, 1993)<br>• *Electronic Yellow Pages Revenue Model* (October 21, 1992)<br>• *NYNEX Information Technologies Online Services Product Plan* (1994)<br>• *NYNEX Interactive Yellow Pages Revised Business Case* (1994)<br>• *NYNEX Interactive Yellow Pages Pricing* (1994) | |

---

[4] This document, and the ones that follow describing the NYNEX system, are responsive to a third-party subpoena served by Yellowpages and will be produced to Plaintiff upon entry of a protective order.

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| Table 1C | | |
|---|---|---|
| **Reference Name** | **System Description** | **Date(s)** |
| | • *NIYP - World Wide Web Product Plan*, NYNEX Information Technologies Interactive Services Marketing (May 1995)<br>• Presentation on NIT Interactive Services (1994) | |
| Super Pages | • *A Quick Tour of SuperPages*, Multimedia presentation (October 17, 1992).  SM 00007319<br>• GTE Directories, *Summary: New Interactive business directories on World Wide Web offer powerful tool for both consumers and businesses* (April 29, 1996). SM 00007172 - 75<br>• GTE Directories, *GTE SuperPages*TM *Interactive Directory Service* (*http://superpages.GTE.net*). SM 00007201<br>• GTE Superpages, *Soon, your company will rely on the Internet . . . As much as it relies on these.* SM 00007176-88<br>• David Fay, *SuperPages II Research Proposal - Draft v. 1* (March 27, 1995).  SM 00007167-69<br>• David Fay, *Location Proposal* (April 28, 1995). SM 00007165-66<br>• David Fay, *Scoping Proposal* (May 10, 1995). SM 00007170<br>• Screenshot of SuperPages Prototype (1995).  SM 00007171<br>• David Fay, et al., GTE Laboratories Role in the Initial Internet Directory Development (July 12, 1995). SM 00007142-64<br>• Dep. Tr. of Lev Koyfman, vols. 1–2 (November 13, 2008).  SM 00001349 – 2567<br>• Dep. Tr. of David A. Fay (October 29, 2008). SM 00000001-1348<br>• Dep. Tr. of Deverix Horn (November 5, 2008). SM 00003397 – 3772 | 1992 |
| Find It 115 | • *Yellow Pages and Classified Ads by Phone Now Available in Atlanta*, Fiber Optics Weekly Update (May 27, 1994)<br>• *Yellow Pages and Classified Ads by Phone Now Available in Atlanta*, Telecom Standards Newsletter (July 1994) | 1994 |
| Monster | • Eric R. Chabrow, *Right now, the World Wide* | 1994 |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| Table 1C | | |
|---|---|---|
| **Reference Name** | **System Description** | **Date(s)** |
|  | *Web is the hottest place to look for a job or a job candidate*, InformationWeek (January 23, 1995) <br>• Reid Kanaley, *New Job May Be A Click Away*, Miami Herald (October 23, 1995) <br>• Employment Opportunities and Job Resources on the Internet, version 5.0 (November 11, 1994) <br>• The Monster Board Advertisement, The California Tech, Vol. 97, No. 2, p. 9 (September 29, 1995) <br>• NCSA What's New: October, 1995 <br>• *New Internet Services Pushes On-Line Job Search Frontier; First To Capitalize On World Wide web's Interactive Capabilities*, PR Newswire (December 5, 1994) <br>• Nadirah Z. Sabir, *Taking your job search online: don't limit your job hunt to the classifieds.  You can increase your prospects by entering cyberspace.*  Black Enterprise (January 1, 1996) <br>• TMP Worldwide, Inc. S-1 Registration Statement 1991-1996 |  |
| Career Center | • Internet Resume Service (December 14, 1993) <br>• Internet/Online Career Center (September 23, 1993) <br>• Eric R. Chabrow, *Right now, the World Wide Web is the hottest place to look for a job or a job candidate*, InformationWeek (January 23, 1995) <br>• Donna R. Dolan, *Top U.S. sources for an online job search*, Database, Vol. 17 Issue 5, p.34 (Oct/Nov 1994) <br>• Reid Kanaley, *New Job May Be A Click Away*, Miami Herald (October 23, 1995) <br>• Online Career Center (November 8, 1993) <br>• **HELP** Online job search (January 2, 1994) <br>• *Living On The Internet*, Seattle Times (February 20, 1994) <br>• Employment Opportunities and Job Resources | 1993 |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| Table 1C | | |
|---|---|---|
| **Reference Name** | **System Description** | **Date(s)** |
| | on the Internet<br>• Employment Opportunities and Job Resources on the Internet, version 5.0 (November 11, 1994)<br>• Alina Matas, *Job-Hunters Go On-Line database Offers Postings From Around Nation*, Miami Herald (November 1, 1993)<br>• NCSA What's New: October, 1995<br>• Applicant's Access to Online Career Center (July 1, 1993)<br>• Margaret F. Riley, *Employment Opportunities and Job Resources on the Internet*, The Riley Guide: The Original Edition (March 1994)<br>• Nadirah Z. Sabir, *Taking your job search online: don't limit your job hunt to the classifieds.  You can increase your prospects by entering cyberspace.*  Black Enterprise (January 1, 1996)<br>• TMP Worldwide, Inc. S-1 Registration Statement 1991-1996<br>• Adding moderated misc.jobs groups; mosaic job map (January 24, 1994)<br>• TurboGopher and the Online Career Center (July 27, 1993)<br>• No job groups in Pittsburg? (August 25, 1994) | |
| University of Illinois | • Donna R. Dolan, *Top U.S. sources for an online job search*, Database, Vol. 17 Issue 5, p.34 (Oct/Nov 1994) | 1994 |
| Federal Job Opportunities | • Reinvention Success Story: America's Job Bank on the Internet, U.S. DOL (February 9, 1996)<br>• Reinvention Success Story: America's Job Bank, U.S. DOL (March 6, 1995)<br>• Joyce Lain Kennedy, et al., *Electronic Job Search Revolution, Win with the New Technologies That's Reshaping Today's Job Market* (1994)<br>• Joyce Lain Kennedy, *Host Of Free, Cheap Resources Available To Help Job Hunter*, The Seattle Times (March 6, 1994) | 1994 |

- 20 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| Table 1C | | |
|---|---|---|
| **Reference Name** | **System Description** | **Date(s)** |
|  | • Employment Opportunities and Job Resources on the Internet, version 5.0 (November 11, 1994) |  |
| Alamo System | • Freeways by Alamo Rent A Car (1996) <br> • Alamo Online Project Brainstorming Session (September 22, 1994) <br> • Alamo Rent A Car Interactive Marketing Presentation (October 26, 1994) <br> • *Alamo is first to offer real-time, on-line reservation access; leads car rental industry on the information superhighway!* PR Newswire (June 19, 1995) <br> • Dale K. Dupont, *Alamo Offers Online Route*, The Miami Herald (June 20, 1995) | 1994 |
| Westlaw | • Anne Larsen Olstad, et al., <u>Discovering Westlaw The Essential Guide</u>, 4th Ed. (1994) <br> • Roberta L. Roban, et al., <u>Westlaw for Law Students</u>, 4th Ed. (1990) <br> • <u>Westlaw Reference Manual</u>, 1985 Ed. With 1987 Inserts (1987) <br> • Terry S. Dick, et al., <u>Westlaw Reference Manual</u>, 3rd Ed. (1989) <br> • <u>Westlaw Reference Manual</u>, Revised Edition (1982) | 1985-1994 |
| Lexis | • ABA Journal, Vol. 79 (April 1993) <br> • Meadows, *On Line-Libraries*, PC Magazine (June 12, 1984) <br> • Munro, *Lexis v. Westlaw: An analysis of computerized research*, ABA Journal, Vol. 65 (February 1979) <br> • <u>Using Computers in Legal Research: a guide to Lexis and Westlaw</u>, Adams & Ambrose Pub. (1994) | 1979-1994 |
| Juggling.org | • Juggling Club Details <br> • Is there a juggling club nearby? (January 5, 1997) <br> • Is there a juggling club nearby? (1999) <br> • Juggling Club Meetings (1999) <br> • Texas Juggling Clubs (January 5, 1997) <br> • Texas Juggling Clubs | 1995 |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| Table 1C | | |
|---|---|---|
| **Reference Name** | **System Description** | **Date(s)** |
|  | • Juggling Club Meetings – World Map (1995)<br>• Juggling Club Meetings – Clickable World Map (1995) |  |
| Deere Dealer Locator | • Dvdlr22.txt: PROGRAM-ID: DVDLRD22, (created 9/20/1985)[5] | 1985 |
| Rite Aid System | • SI0008O.DOCX<br>• SI0009O.DOCX[6] | 1990 |
| Map 'n' Go[7] | • U.S. Patent No. 5,559,707 to DeLorme containing screen shots from Map 'n' Go 1.0 (filed Jan. 31, 1995)<br>• Richard O'Reilly, *Trip Planning at Home: 2 Programs Compared*, Los Angeles Times (September 7, 1994) | 1994-1995 |
| Fodor's 94 Travel Manager[8] | • *Fodor's 94 Travel Manager: Top U.S. Cities* Application for The Apple Newton Message Pad (1993)<br>• James Coates, *Apple Gives New Digital Marvel a Virtual Debut*, Chicago Tribune (August 2, 1993) | 1993 |
| CAT Dealer Locator[9] | • *New software gets help faster for truckers*, Folks, For and about Peoria area Caterpillar people (August 14, 1992)<br>• Installation Plans, Dealer Locator (last updated on May 10, 1993) | 1994 |

---

[5] Defendants have certain source code for the Deere Dealer Locator system available for inspection upon request.

[6] Defendants have certain source code for the Rite Aid System available for inspection upon request.

[7] Defendants have copies of the DeLorme Map'n'Go program available for inspection upon request.

[8] Defendants have copies of the Fodor's 94 program available for inspection upon request.

[9] Defendants have certain source code for the CAT Dealer Locator available for inspection upon request.

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

For each of the prior art systems identified above in Table 1C, Defendants have listed one or more references as evidence of the relevant features and functionality.  To the extent that multiple references describe aspects of the same underlying system, that system is a single system under 35 U.S.C. § 102.  Some or all of the indicated references may also qualify as prior art publications under 35 U.S.C. § 102 and may be used as invalidating references under 35 U.S.C. §§ 102 and 103.  In addition, Defendants continue to investigate each of these systems and reserve the right to supplement the contentions and accompanying claim charts after further investigation.

## C.   Obviousness

In Tables 2A-2B, Defendants identify additional prior art references that either alone or in combination with other prior art (including any of the above-identified anticipatory prior art listed in Tables 1A-1C and the additional prior art disclosed in Tables 2A-2B in this section) render certain of the asserted claims of the '474 patent invalid as obvious under 35 U.S.C. § 103.  Invalidity claim charts for these additional references regarding the asserted claims of the '474 patent are also attached to these Invalidity Contentions in Appendix B.  Defendants further identify combinations of prior art (including any of the above-identified anticipatory prior art in Tables 1A-1C and the additional prior art disclosed in Tables 2A-2B in this section) that render the asserted claims of the '474 patent invalid as obvious under 35 U.S.C. § 103.  In certain instances, the suggested obviousness combinations are provided in the alternative to Defendants' anticipation contentions and do not suggest that any reference included in the combinations is not by itself anticipatory or does not by itself render the asserted claim obvious.

- 23 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

1.      **Obviousness Prior Art Patents**

In addition to the prior art listed in Tables 1A-C, the following patents are prior art under 35

U.S.C. § 103 to asserted claims of the '474 patent and may also be used in combination with other

references to render the asserted claims obvious:

| Table 2A | | |
|---|---|---|
| **Inventor/Reference Name** | **Patent Number** | **Date(s)** |
| Ben-Yehezkel | U.S. Patent No. 6,049,711 | Filed Aug. 23, 1995; Issued Apr. 11, 2000 |
| Girouard | U.S. Patent No. 4,982,346 | Issued Jan. 1, 1991 |
| Hoppe | U.S. Patent No. 5,515,488 | Filed Aug. 30, 1994; Issued May 7, 1996 |
| Daniell | U.S. Patent No. 4,432,057 | Filed Nov. 27, 1981; Issued Feb. 14, 1984 |
| Li | U.S. Patent No. 5,911,137 | Filed Jun. 4, 1993 Issued Jun. 8, 1999 |
| Bellesfield '430 | U.S. Patent No. 6,993,430 B1 | Priority based on application No. 08/069,161 filed on May 28, 1993; Issued Jan. 31, 2006 |
| Hirono '344 | U.S. Patent No. 6,718,344 | Priority based on application filed on Jan. 12, 1999; Issued Apr. 6, 2004 |
| Hirono '802 | U.S. Publication No. 2001/0044802 A1 | Priority based on application No. 08/778,571; Published Nov. 22, 2001 |
| Krenzel | U.S. Patent No. 5,124,915 | Filed May 29, 1990; Issued Jun. 23, 1992 |
| Lanter | U.S. Patent No. 5,193,185 | Filed May 15, 1989; Issued Mar. 9, 1993 |
| Ross | U.S. Patent No. 5,021,961 | Filed Sep. 21, 1989; Issued Jun. 4, 1991 |
| Stewart '556 | U.S. Patent No. 7,009,556 B2 | Priority based on application No. 08/470,004 filed Jun. 6, 1995; Issued Mar. 7, 2006 |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| White '534 | U.S. Patent No. 5,694,534 | Priority based on Ser. No. 759,036 filed Jul. 25, 1985; Issued Dec. 2, 1997 |
| White EP '930 | European Patent No. EP0219930 | Filed Jul. 25, 1986; Published Apr. 29, 1987 |
| Woo | U.S. Patent No. 6,336,074 | Filed May 12, 1995; Issued Jan. 1, 2002 |
| Yamashita '392 | U.S. Patent No. 5,471,392 | Filed Jun. 16, 1994; Issued Nov. 28, 1995 |
| DeLorme '117 | U.S. Patent No. 5,030,117 | Filed Jan. 24, 1990; Issued Jul. 9, 1991 |
| DeLorme '319 | U.S. Patent No. 4,972,319 | Filed Sep. 25, 1987; Issued Nov. 20, 1990 |
| Moroto '532 | U.S. Patent No. 5,191,532 | Priority based on Ser. No. 392,930 filed Aug. 1, 1989; Issued Mar. 2, 1993 |
| Yajima '956 | U.S. Patent No. 6,144,956 | Priority based on application No. 08/406,222 filed Mar. 16, 1995; Issued Nov. 7, 2000 |
| Yajima '731 | U.S. Patent No. 5,729,731 | Filed Mar. 16, 1995; Issued Mar. 17, 1998 |
| Yano '829 | German Patent No. DE4033829 (A1) | Issued April 25, 1991 |
| Masami | Japanese Patent No. JP 405067151 | Filed Jun. 9, 1991; Published Mar. 19, 1993 |
| Danish | U.S. Patent No. 5,715,444 | Filed Oct. 14, 1994; Issued Feb. 3, 1998 |

## 2.    Obviousness Prior Art Publications

In addition to the prior art listed in Tables 1A-C and 2A, the following publications are prior art under 35 U.S.C. § 103 to asserted claims of the '474 patent and may also be used in combination with other references to render the asserted claims obvious:

| Table 2B | | |
|---|---|---|
| Author/Reference Name | Reference | Date(s) |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| Pitoura | Pitoura, et al., Building Information Systems for Mobile Environments | May 1994 |
|---|---|---|
| Grant | Grant, Electronic Yellow Pages Information System, GIS/LIS Proceeding (1994) | 1994 |
| Bell | David Bell, Jane Grimson, *Distributed Database Systems*, Addison –Wesley Publishing Company (1992) | 1992 |
| Date | C.J. Date, *An Introduction To Database Systems,* Addison –Wesley Publishing Company (1990) | 1990 |
| Loomis | Mary E.S. Loomis, Ph.D., *Object Databases-The Essentials*, Addison –Wesley Publishing Company (October 1994) | October 1994 |
| Avouris | Nicholas M. Avouris, Sandra Finotti, *User Interface Design to Expert Systems*, Expert Systems With Applications, Vol. 6, pp. 109-18 (1993) | 1993 |
| Rillings | James H. Rillings, *TravTek*, Vehicle Navigation and Information Systems Conference, pp. 729-737 (October 1991) | October 1991 |
| YellowNet | *Advertising: YellowNet, American Business Information Corp. agreement paves way for 11 million businesses to advertise electronically on the Internet*, EDGE, on & about AT&T, v10, n353, p7(1) (May 1, 1995) | May 1, 1995 |
| Bourdeau | R. H. Bourdeau, et al., *A Reginal Information System for Environmental Data Analysis*, Proceedings of 25th Int'l Symp. on Remote Sensing and Global Env. Change, Vol. II, pp. 223-233 (April 1993). | April 1993 |
| Claussen | H. Claussen, et al., *GDF, A Proposed Standard for Digital Road Maps to be Used in Car Navigation Systems*, Vehicle Navigation and Information Systems Conference, Vol. no. pp. 324-330, 11-13 (Sept. 1989) | Sept. 1989 |
| Clementini | Eliseo Clementini et al. *Browsing in Geographic Databases: an Object-Oriented Approach,* Visual Languages, Proceedings of the 1990 IEEE Workshop on 4-6 Oct 1990, pp. 125-131 <br><br> Clementini, E. and Di Felice, P, *Towards an interaction level for object-oriented geographic database systems*, Proceedings of the 1992 ACM Annual Conference on Communications (Kansas City, Missouri, United States, Mar. 3-5, 1992). | 1992 |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| | J.P. Agrawal, V. Kumar, and V. Wallentine, Eds. CSC '92.  ACM Press, New York, NY 33-40. DOI=Http://doi.acm.org/10.1145/131214.131219<br><br>E. Clementini, A. D'Atri, P. Di Felice, *A spatial data model underlying human interaction with object-oriented spatial databases*, Proceedings of the IEEE 15th Int. Computer Software and Applications Conf., pp. 110-11, Tokyo, Japan, September 11-13, 1991<br><br>E. Clementini, P. Di Felice, *Multiparadigm query strategies in object-oriented geographic databases*, Proceedings of the IEEE 10th Int. Conf. on Computers and Communications, pp. 295-301, Scottsdale, AZ, 27-30 Mar. 1991 | |
|---|---|---|
| Cova | Thomas J. Cova, et al., *Spatially Distributed Navigable Databases for Intelligent Vehicle Highway Systems*, GIS/LIS '94 Proceedings, Bethesday, pp.191-200 (1994) | 1994 |
| GA Tech System | Robert Gregg, et al., *Project Part II: On-line Yellow Pages*, (November 15, 1994); Robert Gregg, et al., *Project Part III: On-line Yellow Pages*, (December 1, 1994); Jeff Dempsey, et al., *On-line Yellow Pages, Part 2, Evaluation Plan* (November 15, 1994) | 1994 |
| Halasz | Frank G. Halasz, *Reflections on Notecards: Seven Issues for the Next Generation of Hypermedia Systems*, Communications of the ACM, Vol. 31, No. 7, pp. 836-852 (July 1988) | July 1988 |
| Mallory | Jim Mallory, *Donnelley, Cincinnati Bell research electronic Yellow Pages – R.R. Donnelley and Sons*, Newsbytes News Network (June 7, 1993) | June 1993 |
| Medeiros | Claudia Bauzer Medeiros, Fatima Pires, *Databases for GIS*, Sigmod Record, Vol. 23, No. 1, pp. 107-115 (March 1994) | March 1994 |
| Oliveira | Juliano Lopes de Oliveira, Claudia Bauzer Medeiros, *A Direct Manipulation User Interface for Querying Geographic Databases*, Technical Report DCC-95-08, Computer Science Dept., University of Campinas (August 1995) | August 1995 |
| Ordille | Joann Janet Ordille, *Descriptive Name Services for Large Internets*, thesis, University of | 1993 |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

| | Wisconsin – Madison (1993) | |
|---|---|---|
| NavTech | Christopher B. Hrut, *Navigation Technologies Executive Summary*, Navigation Technologies, 1993 | 1993 |
| Schwartz | Michael F. Schwartz, Panagiotis G. Tsirigotis, *Experience with a Semantically Cognizant Internet White Pages Directory Tool*, Dept. of Computer Science, University of Colorado (December 1990) | December 1990 |
| Sullivan | Jeffrey Sullivan, *Strategic Mapping's new Local Expert knows lay of land, needs help on details*, MacWEEK, Vol. 7, No. 26, p. 82 (June 1993) | June 1993 |
| Van Denmark | Peter Van Denmark, *Software Triad Delivers Diverse Consumer GIS Capabilities*, GIS World, Vol. 7, No. 2, pp. 52-55 (February 1994) | February 1994 |
| Tsurutani | Tateyuki Tsurutani, et al., *ATLAS: A Geographic Database System, Data Structure and Language Design for Geographic Information*, Central Research Laboratories, pp. 71 - 77 (1980) | 1980 |
| Kamijo | Shunichiro Kamijo, et al., *Digital Road Map Data Base for Vehicle Navigation and Road Information Systems*, IEEE (1989) | 1989 |
| Williamson | Christopher Williamson, Ben Shneiderman, *The Dynamic HomeFinder: Evaluation Dynamic Queries in a Real-Estate Information Exploration System*, 15th Ann. Int'l SIGIR, pp. 338-346 (1992) | 1992 |
| Cartwright | John C. Cartwright, *AutoCAD Data Extension Enhances Spatial Database Management*, GIS World, Vol. 7 No. 3, pp. 52-53 (March 1994) | March 1994 |
| MapQuery | Frank, A.U., *Mapquery: Data Base Query Language for Retrieval of Geometric Data and Their Graphical Representation*, ACM SigGraph 82 (1982) | 1982 |
| Spatial Data Models | Hanan Samet, Walid G. Aref, *Spatial Data Models and Query Processing*, Computer Science Dept. and Institute of Advanced Computer Studies and Center for Automation Research (January 3, 1994) | January 1994 |

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

3.      **Combinations of Prior Art**

Each prior art reference disclosed in the preceding Anticipation section (Tables 1A-1C) and in the current Obviousness section (Tables 2A-2B), either alone or in combination with other prior art disclosed in those sections, also renders certain of the asserted claims of the '474 patent invalid as obvious.  In addition, to render the asserted claims invalid as obvious, each prior art reference may be combined with (a) information known to persons skilled in the art at the time of the alleged invention, including admissions describing the state of the art described below, (b) any of the anticipatory prior art references in Tables 1A-1C, (c) any of the obviousness prior art references identified above in Tables 2A-2B, and/or (d) any of the prior art references identified in Appendices A-E.

To the extent GeoTag challenges the correspondence of any of these references with respect to particular elements of the asserted claims of the '474 patent, Defendants reserve the right to supplement these Invalidity Contentions to address that issue.

In *KSR International Co. v. Teleflex, Inc.*, 127 S. Ct. 1727 (2007), the Supreme Court held that, among other things, "[t]he combination of familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results." 127 S. Ct. at 1745-46; *see also id.* at 1740 ("[A] court must ask whether the improvement is more than the predictable use of prior art elements according to their established functions. . . ." ).  In particular, a patent is obvious where "the content of the prior art, the scope of the patent claim, and the level of ordinary skill are not in material dispute, and the obviousness of the claim is apparent in light of these factors." *KSR*, 127 S. Ct. at 1745–46.  The *KSR* Court found that "if a technique has been used to improve one device, and a person of ordinary skill in the art would recognize that it would improve similar

- 29 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

devices in the same way, using the technique is obvious unless its actual application is beyond his or her skill." *Id*. at 1740.

In addition, when a work is available in one field of endeavor, design incentives and other market forces can prompt variations of it, either in the same field or a different one. *KSR*, 127 S. Ct. at 1740.  If a person of ordinary skill can implement a predictable variation, Section 103 bars its patentability.  *Id*.  The rationale to combine or modify prior art references is significantly stronger when references seek to solve similar problems, come from the same field, and correspond well.  *In re Inland Steel Co.*, 265 F.3d 1354, 1362 (Fed. Cir. 2001).

Although the law does not require evidence of motivation to combine, motivation exists to combine one or more of the references disclosed herein with each other.  Beyond specific motivations identified in the present charts, motivation to modify a particular reference or to combine any two or more of the identified references comes from (a) the nature of the problem being solved; (b) the teachings of the prior art; (c) the knowledge of persons of ordinary skill in the art; (d) the fact that all of the references teach systems, apparatuses, and methods related to the subject matter and address the same technical issues of the '474 patent; and (e) one would be motivated by considerations of efficiency, effectiveness, convenience, cost-savings, and accessibility, to combine the various teachings.  Additionally, one would be motivated to address the alleged problems or achieve the purported objectives identified in the Background of the '474 patent.

Attached as Appendix C, is a summary chart of the prior art patents, publications, or systems that teach various limitation of the asserted claims and can be used as part of an obviousness combination with one or more of the prior art references listed in Tables 1A-1C and 2A-2B.  As is apparent, numerous combinations of the above references would have been naturally considered as

- 30 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

part of the exercise of ordinary skill by one skilled in the art.  For example, user access to legal search engines with geographic and topical parameters, such as those of Westlaw and Lexis, were widely available well before the alleged invention of the '474 Patent.  Electronic yellow-pages containing a database of geographically and topically organized directories accessible to users, such as those of NYNEX and others, were also widely available well before the alleged invention of the '474 Patent.  Moreover, job locators allowing users to browse by category and locations, like Monster Job Board, Career Center, and others were likewise widely available prior to the alleged invention date of the '474 Patent.  It would have been obvious for a person of ordinary skill in the art at the time of the invention to combine or modify one or more of the references listed in Tables 1A-1C with the knowledge of persons of ordinary skill in the art and/or would have sought to combine or modify one or more of the references listed in Tables 1A-1C with one or more other references in Tables 1A-1C or with one or more of the references listed in Tables 2A-2B.  The prior art listed in Tables 1A-1C  and 2A-2B disclose systems and methods that allow users to access and search for geographically and/or topically based information using computers.  These prior art references and systems disclose systems and techniques that include Geographic Information Systems ("GIS"), navigation, mapping, electronic kiosks, database organization and searching, web searching, dynamic database replication, and/or networking and the World Wide Web, among others.

A person of ordinary skill in the art at the time of the invention would have sought to combine or modify one or more of the references listed in Tables 1A-1C and 2A-2B with the knowledge of persons of ordinary skill in the art.  Some of the references listed in these tables disclose apparatus, systems, and methods that allow users to access geographically and topically based information.  For example, these references disclose various navigation systems, electronic

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

maps, yellow-page directories, and/or information centers that provide a user with access to geographically and/or topically based information.  Each user is capable of accessing through a network one or more databases that include the geographically and topically based information. These references also disclose methods of searching and retrieving information in a database and/or maintained in a computer network. The user typically provides search criteria to identify particular components of information within the geographically and topically based information. These references also implicitly or explicitly disclose organizing data into a hierarchy of geographical areas and dynamically replicating an entry from one geographical area into another geographical area.  A person of ordinary skill in the art at the time of the alleged invention would have been well aware of apparatus, systems, and methods that allow users to access geographically and topically based information.  For example, electronic yellow-page directories accessible to users, such as those of NYNEX and others, were widely available well before the alleged invention of the '474 Patent. Thus, it would have been obvious to a person of ordinary skill in the art at the time of the invention to combine one or more of these references or to combine such references with the knowledge of persons of ordinary skill in the art to provide an apparatus, system, or method that allows users to access geographically and topically based information in the manner disclosed and claimed in the '474 Patent.

Some of the references listed in these tables disclose various navigation systems, electronic maps, yellow-page directories, and/or information centers that provide a user to access geographically and/or topically based information.  These references disclose maintaining one or more geographical areas and/or topics in a database, and searching the database based at least in part on a user input.  These references also disclose associating one or more entries with the geographical

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

areas and/or displaying search results to the user. Since the geographical and/or topical information is maintained in a database, a user interface is used to communicate search criteria to a searching mechanism.  Once received, the searching mechanism identifies the desired geographical and/or topical information and returns the information to the user.  Thus, it would have been obvious to a person of ordinary skill in the art at the time of the alleged invention to combine one or more of these references with one or more of the other references to provide an apparatus, system, or method that allows users to access geographically and topically based information in the manner disclosed and claimed in the '474 Patent.

Furthermore, some of the references listed in the tables disclose navigation systems, electronic maps, yellow-page directories, and/or information centers that provide a user to access geographically and/or topically based information.  Thus, it would have been obvious to a person of ordinary skill in the art at the time of the invention to combine these references with other references and/or with the knowledge of one of ordinary skill in the art to provide an apparatus, system, or method that allows users to access geographically and/or topically based information.

Some of the references listed in the tables disclose methods of searching and retrieving information maintained within a database and/or maintained in a computer network.  The methods for searching and retrieving information are designed to interface with navigation systems, electronic maps, yellow-page directories, and/or information centers that provide a user to access geographically and/or topically based information. Moreover, these references describe searching techniques that can be used for a variety of applications.  Thus, it would have been obvious to a person of ordinary skill in the art at the time of the invention to combine these references with other

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

references and/or with the knowledge of one of ordinary skill in the art to provide an apparatus, system, or method that allows users to access geographically and topically based information.

Some of the references listed in the tables disclose systems and methods of organizing data into a hierarchy of geographical areas.  The systems and methods of organizing data into a hierarchy of geographical areas are designed to interface with navigation systems, electronic maps, yellow-page directories, and/or information centers that provide a user to access geographically and/or topically based information, such as disclosed in other references. Moreover, these references describe systems and methods for organizing data that can be used for a variety of applications. Thus, it would have been obvious to a person of ordinary skill in the art at the time of the invention to combine these references with other references to provide an apparatus, system, or method that allows users to access geographically and topically based information.

Some of the references listed in the tables disclose systems and methods for dynamically replicating an entry from one geographical area into another geographical area.  The systems and methods for dynamically replicating an entry from one geographical area into another geographical area are designed to interface with navigation systems, electronic maps, yellow-page directories, and/or information centers that provide a user to access geographically and/or topically based information. Moreover, these references describe systems and methods for dynamically replicating data that can be used for a variety of applications.  Thus, it would have been obvious to a person of ordinary skill in the art at the time of the invention to combine these references with other references to provide an apparatus, system, or method that allows users to access geographically and topically based information.

- 34 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

Some of the references listed in the tables disclose systems and methods for organizing geographical and other complex data into a relational database for access by user programs. The systems and methods of organizing data into a hierarchy of geographical areas and/or into topics within a relational database are designed to interface with navigation systems, electronic maps, yellow-page directories, and/or information centers that provide a user to access geographically and/or topically based information. Moreover, these references describe systems and methods for dynamically replicating data that can be used for a variety of applications. Thus, it would have been obvious to a person of ordinary skill in the art at the time of the invention to combine these references with other references to provide an apparatus, system, or method that allows users to access geographically and topically based information.

## D.      Additional Invalidating Art

Defendants also identify in Appendix D prior art products and systems that are still under investigation and for which Defendants are seeking additional information.  Defendants will revise, amend, and/or supplement the information when it becomes available.

Defendants also hereby identify in Appendix E additional prior art references that anticipate and/or render obvious, either alone or in combination with other prior art (including any of the above-identified references in Tables 1A-1C and Tables 2A-2B), the asserted claims of the '474 patent.  Defendants reserve the right to rely on one or more of such references in Appendix E.

## E.      State of the Art

Defendants may rely on the state of the art known to a person of skill in the art to demonstrate that a claim limitation is inherent or would have been obvious to a person of skill in the art at the time of the filing of the application for the '474 patent.  Defendants may rely on the references identified above in Appendices A-E to show the state of the art.  Defendants may also rely

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

on testimony from the inventors or other fact or expert witnesses to demonstrate the state of the art.

Additionally, Defendants may rely on admissions by the inventors as to the state of the art, including

those made during prosecution of the '474 patent and admissions in the specification of the '474

patent.

For example, the '474 patent specification contains at least the following admissions:

- On-line computer services, such as the Internet, have grown immensely in popularity over the last decade. Typically, such an on-line computer service provides access to a hierarchically structured database where information within the database is accessible at a plurality of computer servers which are in communication via conventional telephone lines or T1 links, and a network backbone. For example, the Internet is a giant internetwork created originally by linking various research and defense networks (such as NSFnet, MILnet, and CREN). Since the origin of the Internet, various other private and public networks have become attached to the Internet.  '474 patent, col. 1:12-23.

- The structure of the Internet is a network backbone with networks branching off of the backbone. These branches, in turn, have networks branching off of them, and so on. Routers move information packets between network levels, and then from network to network, until the packet reaches the neighborhood of its destination. From the destination, the destination network's host directs the information packet to the appropriate terminal, or node.  '474 patent, col. 1:24-35.

- A user may access the Internet, for example, using a home personal computer (PC) equipped with a conventional modem. Special interface software is installed within the PC so that when the user wishes to access the Internet, a modem within the user's PC is automatically instructed to dial the telephone number associated with the local Internet host server. The user can then access information at any address accessible over the Internet. One well-known software interface, for example, is the NETSCAPE Browser (a species of HTTP Browser), developed by Netscape, Inc.  '474 patent, col. 1:36-46.

- Information exchanged over the Internet is often encoded in HyperText Mark-up Language (HTML) format. HTML encoding is a kind of script encoding language which is used to define document content information and other sites on the Internet. As is well known in the art, HTML is a set of conventions for marking portions of a document so that, when accessed by a parser, each portion appears with a distinctive format. The HTML indicates, or "tags," what portion of the document the text corresponds to (e.g., the title, header, body text, etc.), and the parser actually formats the document in the specified manner. An HTML document sometimes includes hyper-links which allow a user to move from

- 36 -

document to document on the internet. A hyper-link is an underlined or otherwise emphasized portion of text or graphical image which, when clicked using a mouse, activates a software connection module which allows the users to jump between documents (i.e., within the same Internet site (address) or at other Internet sites). Hyper-links are well known in the art. '474 patent, col. 1:47-65.

• One popular computer on-line service is the Worldwide Web (WWW) which constitutes a subnetwork of on-line documents within the Internet. The WWW includes graphics files in addition to text files and other information which can be accessed using a network browser which serves as a graphical interface between the on-line WWW documents and the user. One such popular browser is the MOSAIC web browser (developed by the National Super Computer Agency (NCSA)). A web browser is a software interface which serves as a text and/or graphics link between the user's terminal and the Internet networked documents. Thus, a web browser allows the user to "visit" multiple web sites on the Internet. '474 patent, col. 1:66-col. 2:11.

• Typically, a web site is defined by an Internet address which has an associated home page. Generally, multiple subdirectories can be accessed from a home page. While in a given home page, a user is typically given access only to subdirectories within the home page site; however, hyper-links allow a user to access other home pages, or subdirectories of other home pages, while remaining linked to the current home page in which the user is browsing. '474 patent, col. 2:12-20.

• Thus, such a system is distinguished from systems which have geographically differentiated listings for the same topic (such as job search databases which include information about jobs in different cities), since these listings are primarily related to the topic (e.g., jobs), not to the geographical area. '474 patent, col. 5:60-65.

• The configuration of data stored within the map file 425 and the program structure of the CGI program are well known to those skilled in the art. An example of this image map method is documented in many reference sources including "The HTML Sourcebook" by Ian S. Graham, John Wiley & Sons, 1995 ISBN at 471-11849-4. '474 patent, col. 13:47-53.

• Such an applications interface is defined in accordance with database application interface standard documentation as is well understood by those of skill in the art. '474 patent, col. 11:27-30.

• As is well known in the art, an HTML tag is a segment of script code which calls a particular function to be performed. Typically, a tag is a kind of identifier that identifies an element of the HTML document (e.g., a heading or list) so that the HTTP browser is told how to display the element. '474 patent, col. 24:46-55.

- 37 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

- As is well known in the art, records stored within a database format typically include one or more fields, wherein each field is given a name so that the field is independently accessible. Thus, the name of the field which is to be incorporated into the HTML document is passed as the fieldname parameter. The script form of the field extended tag is: "<!-FIELD fieldname->." '474 patent, col. 27:3-9.

- *See also* '474 patent, col. 5:66-col. 6:67, Fig. 1.

Defendants also may rely on admissions that certain prior art references cited in the '474 patent describe the state of the art, such as Harley Hahn and Rick Stout, *The Internet Complete Reference*, McGraw-Hill (1994) (cited '474 patent, col. 1) and Ian S. Graham, *The HTML Sourcebook*, John Wiley & Sons (1995) (cited '474 patent, col. 13). Defendants reserve the right to rely on any and all admissions as to the state of the art in the specification of the '474 patent or made during prosecution.

## F.    Invalidity under 35 U.S.C. § 112

The asserted claims of the '474 patent are also invalid under 35 U.S.C. § 112. They are invalid as indefinite under 35 U.S.C. § 112(2). And, they are invalid for lack of enablement, adequate written description, and best mode under 35 U.S.C. § 112(1).

Defendants will not know of all the bases upon which 35 U.S.C. § 112 may apply to the asserted claims until after further developments in the case, including claim construction and fact and expert discovery. Defendants reserve the right to amend or supplement their Invalidity Contentions to address any invalidity arguments under Section 112 that become apparent in view of any relevant facts and information revealed during discovery for at least the following reasons.

### 1.    Indefiniteness under 35 U.S.C. § 112

The asserted claims of the '474 patent are invalid as indefinite under 35 U.S.C. § 112.

Asserted claim 1 is invalid for lack of definiteness due to the limitation "wherein within said hierarchy of geographical areas at least one of said entries associated with a broader geographical

- 38 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

area is dynamically replicated into at least one narrower geographical area."   The phrase "dynamically replicated" is neither used nor defined in the specification of the '474 patent.  Further, the usage of the phrase in the context of the claim is inconsistent with the usage of this phrase in the relevant art.  Further, the ambiguity with respect to "dynamically replicated" is compounded by the ambiguity regarding the meaning of "entry" in the claim, given it is an entry that must be dynamically replicated.  In light of the specification, a person of ordinary skill in the art would be unable to understand the bounds of the claim as a result of this limitation.  Moreover, since the insoluble ambiguity is not cured in any of the claims depending from claim 1, each asserted dependent claim (claims 2, 3, 5, 9, 10, 13 and 18) is similarly invalid for lack of definiteness.

Asserted claim 20 is invalid for lack of definiteness due to the limitation "wherein at least one of said entries in said geographical area of relatively larger expanse is dynamically replicated into at least one of said geographical areas of smaller expanse."   The phrase "dynamically replicated" is neither used nor defined in the specification of the '474 patent.  Further, the usage of the phrase in the context of the claim is inconsistent with the usage of this phrase in the relevant art.  Further, the ambiguity with respect to "dynamically replicated" is compounded by the ambiguity regarding the meaning of "entry" in the claim, given it is an entry that must be dynamically replicated.  In light of the specification, a person of ordinary skill in the art would be unable to understand the bounds of the claim as a result of this limitation.  Moreover, since the insoluble ambiguity is not cured in any of the claims depending from claim 20, each asserted dependent claim (claims 24 and 25) is similarly invalid for lack of definiteness.

Asserted claim 31 is invalid for lack of definiteness due to the limitation "dynamically replicating an entry from broader geographical area into said geographical search area."  The phrase

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

"dynamically replicating" is neither used nor defined in the specification of the '474 patent.  Further, the usage of the phrase in the context of the claim is inconsistent with the usage of this phrase in the relevant art.  Further, the ambiguity with respect to "dynamically replicating" is compounded by the ambiguity regarding the meaning of "entry" in the claim, given it is an entry that must be dynamically replicated.  In light of the specification, a person of ordinary skill in the art would be unable to understand the bounds of the claim as a result of this limitation.  Moreover, since the insoluble ambiguity is not cured in any of the claims depending from claim 31, each asserted dependent claim (claims 32, 34, 36-38) is similarly invalid for lack of definiteness.

Asserted claim 1 is invalid for lack of definiteness due to the limitation "wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics." This limitation is ambiguous as to whether it is the "entries" or the "geographical areas" that must be further organized into topics.  Moreover, since the insoluble ambiguity is not cured in any of the claims depending from claim 1, each asserted dependent claim (claims 2, 3, 5, 9, 10, 13 and 18) is similarly invalid for lack of definiteness.

Asserted claim 20 is invalid for lack of definiteness due to the limitation "wherein entries corresponding to each of said hierarchy of geographical area is further organized into topics." This limitation is ambiguous as to whether it is the "entries" or the "geographical area" that must be further organized into topics.  Moreover, since the insoluble ambiguity is not cured in any of the claims depending from claim 20, each asserted dependent claim (claims 24 and 25) is similarly invalid for lack of definiteness.

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

Asserted claim 34 is invalid for lack of definiteness due to the limitation "directing said search engine to maneuver among said topics."  The term "maneuver" is not used anywhere in the specification and is insolubly ambiguous as used in the context of the claim and specification.

In addition, the following phrases that appear in the asserted claims are indefinite:  "said search engine further configured to [s]elect one of said hierarchy of geographical areas prior to selection of a topic so as to provide a geographical search area" (Claim 1); "said search engine configured to select at least one geographical area in said hierarchy of geographical areas so as to define a geographical search area" (Claim 20); "directing a search engine executing in a computer to select one or more of said geographical areas so as to select a geographical search area" (Claim 31); and "wherein said entries comprise data records containing information about institutions or enterprises, wherein each of said data records is associated with at least one of said topics" (Claim 36).

## 2.      Lack of Enablement under 35 U.S.C. § 112

The asserted claims of the '474 patent do not comply with the enablement requirement of 35 U.S.C. § 112.

Each of the asserted claims requires that entries are "dynamically replicated" from a broader/larger geographical area to a narrower/smaller geographical area, or similarly "dynamically replicating" entries, such as the following limitations: "wherein within said hierarchy of geographical areas at least one of said entries associated with a broader geographical area is dynamically replicated into at least one narrower geographical area" (Claim 1); "wherein at least one of said entries in said geographical area of relatively larger expanse is dynamically replicated into at least one of said geographical areas of smaller expanse" (Claim 20); and "dynamically replicating an entry from broader geographical area into said geographical search area" (Claim 31).

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

The phrases "dynamically replicated" and "dynamically replicating" do not appear anywhere in the specification or originally filed claims.  Instead, this claim language was introduced for the first time during prosecution of the patent application that led to the '474 patent, with the first reference to the term appearing in a patent examiner's interview summary.  The '474 patent lacks any enabling disclosure for these limitations.

In addition, the following phrases that appear in the asserted claims do not comply with the enablement requirement of 35 U.S.C. § 112:  "said search engine further configured to [s]elect one of said hierarchy of geographical areas prior to selection of a topic so as to provide a geographical search area" (Claim 1); "said search engine configured to select at least one geographical area in said hierarchy of geographical areas so as to define a geographical search area" (Claim 20); "directing a search engine executing in a computer to select one or more of said geographical areas so as to select a geographical search area" (Claim 31); "of directing said search engine to maneuver among said topics associated with said geographical search area" (Claim 34); and "wherein said entries comprise data records containing information about institutions or enterprises, wherein each of said data records is associated with at least one of said topics" (Claim 36).

### 3.     Lack of Written Description under 35 U.S.C. § 112

The asserted claims of the '474 patent do not comply with the written description requirement of 35 U.S.C. § 112.

The '474 patent lacks written description support for the following limitations: "wherein within said hierarchy of geographical areas at least one of said entries associated with a broader geographical area is dynamically replicated into at least one narrower geographical area" (Claim 1); "wherein at least one of said entries in said geographical area of relatively larger expanse is dynamically replicated into at least one of said geographical areas of smaller expanse" (Claim 20);

- 42 -

and "dynamically replicating an entry from broader geographical area into said geographical search area" (Claim 31). These limitations do not appear anywhere in the specification or originally filed claims.

Further, to the extent these claim elements were intended to describe a process by which entries associated with each parent geographic area to the selected geographic area are retrieved in a search (*see* Apr. 30, 2008 Dep. of Peter D. Dunworth, *e.g.*, Tr. at 149, 157, and 302-305), there is no written description support for such elements. Moreover, since the lack of written description is not cured by referencing any of the claims depending from these independent claims, each asserted dependent claim (2-3, 5, 9-10, 13, 18, 24-25, 32, 34, and 36-38) is similarly invalid for lack of written description.

In addition, the following phrases that appear in the asserted claims do not comply with the written description requirement of 35 U.S.C. § 112: "said search engine further configured to [s]elect one of said hierarchy of geographical areas prior to selection of a topic so as to provide a geographical search area" (Claim 1); "said search engine configured to select at least one geographical area in said hierarchy of geographical areas so as to define a geographical search area" (Claim 20); "wherein said entries comprise data records wherein each of said data records is associated with at least one of said topics" (Claim 24); "directing a search engine executing in a computer to select one or more of said geographical areas so as to select a geographical search area" (Claim 31); "directing said search engine to maneuver among said topics associated with said geographical search area" (Claim 34); and "wherein said entries comprise data records containing information about institutions or enterprises, wherein each of said data records is associated with at least one of said topics" (Claim 36).

- 43 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

### 4.    Failure to Describe Best Mode under 35 U.S.C. § 112

The asserted claims also fail to satisfy the best mode requirement under 35 U.S.C. § 112. For example, the specification provides no guidance as to how best to accomplish the "dynamic replication" of an entry from a broader geographic area into a narrower geographic area as required in independent claims 1, 20, and 31. Further, to the extent that "dynamic replication" was intended to describe a process by which entries associated with each parent geographic area to the selected geographic area are retrieved in a search (*see* Apr. 30, 2008 Dep. of Peter D. Dunworth, *e.g.*, Tr. at 149, 157, and 302-305), the specification fails to describe the best mode for carrying out such a function. Moreover, since the failure to set forth the best mode is not cured in any of the claims depending from these independent claims, each asserted dependent claim (2-3, 5, 9-10, 13, 18, 24-25, 32, 34, and 36-38) is similarly invalid for failure to describe the best mode.

## II.  ACCOMPANYING DOCUMENT PRODUCTION

Defendants are producing invalidating prior art references and corroborating evidence concerning prior art systems. These prior art references and corroborating evidence are cited in and support the accompanying invalidity claim charts. Defendants will also make available for inspection any prior art systems upon request to the extent Defendants acquire such systems.

Defendants' search for prior art references, additional documentation, and/or corroborating evidence concerning prior art systems is ongoing. Accordingly, Defendants reserve the right to continue to supplement their production as Defendants obtain additional prior art references, documentation, and/or corroborating evidence concerning invalidity during the course of discovery.

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

Dated: August 17, 2012                    Respectfully submitted,

                                          */s/ Michael A. Bittner*
                                          Neil J. McNabnay
                                          Texas Bar No. 24002583
                                          njm@fr.com
                                          Michael A. Bittner
                                          Texas Bar No. 24064905
                                          mrb@fr.com
                                          Jane J. Du
                                          Texas Bar No. 24076355
                                          jjd@fr.com
                                          FISH & RICHARDSON P.C.
                                          1717 Main Street, Suite 5000
                                          Dallas, Texas 75201
                                          (214) 747-5070 - Telephone
                                          (214) 747-2091 - Facsimile

                                          COUNSEL FOR DEFENDANTS
                                          AMERICA GREETINGS CORPORATION; ASICS
                                          AMERICA CORP.; AVIS BUDGET GROUP, INC.;
                                          AVIS RENT A CAR SYSTEM, LLC; BEST MAID
                                          PRODUCTS, INC.; BJ'S WHOLESALE CLUB, INC.;
                                          THE BOEING COMPANY; BROOKSTONE COMPANY,
                                          INC.; BURGER KING CORP.; CABELA'S, INC.;
                                          CHANEL, INC.; CHARMING SHOPPES INC.; CICI
                                          ENTERPRISES, LP D/B/A/ CICI'S PIZZA; DAVID'S
                                          BRIDAL INC.; DOCTOR'S ASSOCIATES, INC. D/B/A
                                          SUBWAY; DOLLAR RENT A CAR, INC.; DOLLAR
                                          THRIFTY AUTOMOTIVE GROUP, INC.; DOLLAR
                                          TREE, INC.; FORMAL SPECIALISTS LTD.; GATES
                                          THAT OPEN, LLC D/B/A/ MIGHTY MULE; GUESS?
                                          RETAIL INC.; INTERSTATE BATTERY SYSTEMS OF
                                          AMERICA, INC.; JACK IN THE BOX, INC.; JOS. A.
                                          BANK CLOTHIERS INC.; KOHLER CO.; KUBOTA
                                          TRACTOR CORP.; LEARNING EXPRESS, INC.; LIVE
                                          NATION WORLDWIDE, INC.; LUXOTTICA RETAIL
                                          NORTH AMERICA INC.; MEXICAN RESTAURANTS,
                                          INC.;  PIP, INC. D/B/A PIP PRINTING AND
                                          MARKETING SERVICES; POLO RALPH LAUREN
                                          CORP.; RADIO SHACK CORP.; RALPH LAUREN
                                          MEDIA, LLC; RHINO LININGS CORP.;
                                          RICHEMONT NORTH AMERICA, INC. D/B/A
                                          CARTIER; SEVEN FOR ALL MANKIND, LLC;

- 45 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

**SOUTHERN STATES COOPERATIVE; STERLING JEWELERS, INC. D/B/A JARED THE GALLERIA OF JEWELRY D/B/A KAY JEWELERS; TICKETMASTER L.L.C.; THRIFTY, INC.; ULTA SALON, COSMETICS & FRAGRANCE, INC.; VAN CLEEF & ARPELS, INC.; VITAMIN COTTAGE FOOD MARKETS, INC.; WINN-DIXIE STORES, INC.**

*/s/ Willem G. Schuurman*
Willem G. Schuurman (TX Bar No. 17855200)
Avelyn M. Ross (TX Bar No. 24027871)
Ajeet P. Pai (TX Bar No. 24060376)
James D. Shead (TX Bar No. 24070609)
Patrick Doll (TX Bar No. 24078432)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 236-3218
bschuurman@velaw.com
aross@velaw.com
apai@velaw.com
jshead@velaw.com
pdoll@velaw.com

**ATTORNEYS FOR DEFENDANTS 7-ELEVEN, INC., BARE ESCENTUALS, INC., BURBERRY LIMITED, CHRISTIAN DIOR PERFUMES, LLC, CRABTREE & EVELYN, LTD., DONNA KARAN INTERNATIONAL INC., GOLD'S GYM INTERNATIONAL, INC., LVMH MOET HENNESSY LOUIS VUITTON, INC., AND SEPHORA USA INC.**

- 46 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ *Brian K. Buss*
Danny L. Williams
Lead Counsel
State Bar No. 21518050
Brian K. Buss
State Bar No. 00798089
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Fax: (713) 934-7011
dwilliams@wmalaw.com
bbuss@wmalaw.com

**ATTORNEY FOR DEFENDANTS
BESTBUY.COM, LLC; OLD NAVY, LLC;
TARGET CORP.; NORDSTROM, INC.;
BANANA REPUBLIC, LLC; GAP INC.;
COSTCO WHOLESALE CORP.; PETCO
ANIMAL SUPPLIES, INC.; PETCO ANIMAL
SUPPLIES STORES, INC.; ZALE
DELAWARE, INC.; STARBUCKS CORP.;
DUNKIN' BRANDS, INC.; DUNKIN' DONUTS,
LLC; DARDEN CORP.; MCDONALD'S
CORP.; CVS PHARMACY, INC.; CUMMINS,
INC.; DEERE & CO.; RITE AID CORP.; A&W
RESTAURANTS, INC.; KFC CORP.; LONG
JOHN SILVER'S, INC.; PIZZA HUT, INC.;
TACO BELL CORP.; JC PENNEY
CORPORATION, INC.; SPATIALPOINT LLC;
WAL-MART STORES, INC.; COLDWATER
CREEK, INC; SALLY BEAUTY SUPPLY,
LLC; L.A. FITNESS INTERNATIONAL, LLC;
BALLY TOTAL FITNESS CORP.; EDDIE
BAUER LLC; and HALLMARK CARDS
INCORPORATED**

- 47 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Jason W. Cook*
Robert L. Lee (GA Bar No. 443978)
bob.lee@alston.com
Kamran Jivani (GA Bar No. 510908)
kamran.jivani@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone:  (404) 881-7000
Fax:       (404) 881-7777

Jason W. Cook (TX Bar No. 24028537)
jason.cook@alston.com
Derek S. Neilson (TX Bar No. 24072255)
derek.neilson@alston.com
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, TX  75201
Phone:  (214) 922-3400
Fax:       (214) 922-3899

**COUNSEL FOR DEFENDANTS AFC
ENTERPRISES, INC.; BASS PRO, INC.; BPS
DIRECT, L.L.C.; BASS PRO OUTDOORS
ONLINE, L.L.C.; DILLARD'S, INC.; HOBBY
LOBBY STORES, INC. D/B/A HOBBY LOBBY
CREATIVE CENTERS D/B/A HOBBY
LOBBY; JOANN.COM, LLC AND JO-ANN
STORES, INC.; GAMESTOP CORP.; THE
TJX COMPANIES, INC. D/B/A TJ MAXX;
BARNES & NOBLE, INC. AND
BARNESANDNOBLE.COM, LLC; BIG LOTS,
INC. AND BIG LOTS STORES, INC.; GUCCI
AMERICA, INC.; LESLIE'S POOLMART,
INC. D/B/A LESLIE'S POOLMART D/B/A
LESLIE'S SWIMMING POOL SUPPLIES
D/B/A LESLIE'S; PANERA BREAD
COMPANY AND PANERA, LLC;
AUTOZONE, INC.; CARMAX BUSINESS
SERVICES, LLC AND CARMAX, INC.;
BRAKE CENTERS OF THE SOUTHWEST,
INC. D/B/A JUST BRAKES AND JUST**

- 48 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

BRAKES OF NEVADA, INC. D/B/A JUST
BRAKES; O'REILLY AUTOMOTIVE, INC.
D/B/A O'REILLY AUTO PARTS; THE PEP
BOYS – MANNY, MOE & JACK D/B/A PEP
BOYS; FAMILY DOLLAR STORES, INC.
AND FAMILY DOLLAR, INC.; MATTRESS
GIANT CORPORATION; WHOLE FOODS
MARKET IP, L.P. AND WHOLE FOODS
MARKET SERVICES, INC.; CLARK
EQUIPMENT COMPANY D/B/A BOBCAT
COMPANY; GRACO, INC.; THE KROGER
CO.; DILLON COMPANIES, INC. D/BA
DILLON FOOD STORES D/BA DILLONS
D/B/A BAKER'S SUPERMARKETS D/B/A
CITY MARKET D/B/A KING SOOPERS D/B/A
GERBES SUPER MARKETS; FOOD 4 LESS
GM, INC.; FOOD 4 LESS HOLDINGS, INC.;
FRED MEYER STORES, INC. D/B/A
QUALITY FOOD CENTERS D/B/A QFC;
KROGER LIMITED PARTNERSHIP I D/B/A
JAYC FOOD STORES D/B/A PAY LESS
SUPER MARKETS; KROGER LIMITED
PARTNERSHIP II; KROGER TEXAS L.P.;
PAY LESS SUPER MARKETS, INC.; RALPHS
GROCERY COMPANY D/B/A RALPHS D/B/A
FOOD 4 LESS D/B/A FOODS CO.; SMITH'S
FOOD & DRUG CENTERS, INC. D/B/A
SMITH'S FOOD & DRUG STORES D/B/A
SMITH'S D/B/A FRY'S FOOD STORES; THE
VALSPAR CORPORATION; BELK, INC.;
CMRG APPAREL, LLC; BUTH-NA-
BODHAIGE, INC.; CATALOGUE
VENTURES, INC.; BROWN SHOE
COMPANY, INC.; BURLINGTON COAT
FACTORY WAREHOUSE CORP.; THE
WILLIAM CARTER COMPANY; CHICO'S
FAS, INC.; CITI TRENDS, INC.;
COLLECTIVE BRANDS, INC.; GUITAR
CENTER, INC.; RITZ INTERACTIVE LLC;
DOTS, LLC; THE FINISH LINE, INC.;
ROYAL PURPLE, INC.; SOLUTIA, INC.

- 49 -

*/s/ Jason W. Cook*
Robert L. Lee
Bob.lee@alston.com
Kamran Jivani
Kamran.jivani@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Adam D. Swain
Adam.swain@alston.com
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Jason W. Cook
Jason.cook@alston.com
Derek S. Neilson
Derek.neilson@alston.com
Alston & Bird LLP
2828 Harwood St., Suite 1800
Dallas, TX  75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

**COUNSEL FOR DEFENDANTS
KOHL'S ILLINOIS INC., KOHL'S
DEPARTMENT STORES INC., KOHL
CORPORATION, COACH INC., STAPLES
INC., PAPA JOHNS INTERNATIONAL, INC.,
PAPA JOHNS USA INC., DUNKIN BRANDS,
INC. D/B/A DUNKIN DONUTS, DUNKIN
DONUTS, INC., BRINKER INTERNATIONAL,
INC. D/B/A ROMANO'S MACARONI GRILL
D/B/A MAGGIANO'S LITTLE ITALY,  THE
HERTZ CORP. D/B/A HERTZ CORP. D/B/A
HERTZ CAR RENTAL,  FIFTH THIRD
BANCORP D/B/A FIFTH THIRD BANK,**

- 50 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

**OFFICEMAX INC., STEELCASE INC., SUNTRUST BANKS INC. D/B/A SUNTRUST BANK, SUNTRUST INVESTMENT SERVICES INC., HOME DEPOT USA, INC. D/B/A THE HOME DEPOT, WALGREENS, SONIC CORPORATION, WENDY'S/ARBY'S GROUP, INC., WENDY'S INTERNATIONAL INC., WENDY'S/ARBY'S RESTAURANTS, LLC,;OLDEMARK LLC; ANN, INC.; BOSE CORP.; 24 HOUR FITNESS USA, INC.; VITAMIN SHOPPE INDUSTRIES, INC.; GREAT CLIPS INC. AND JOS. A. BANK CLOTHIERS INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Brian C. McCormack*

Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
Andrew C. Moreton
Texas Bar No. 24074755
andrew.moreton@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Tel. (214) 978-3000
Fax (214) 978-3099

**COUNSEL FOR DEFENDANTS
NEW ALBERTSON'S, INC.; AROMATIQUE,
INC.; AS AMERICA, INC.; BOB EVANS
FARMS, INC.; BOB EVANS RESTAURANTS
OF MICHIGAN, LLC; CEC
ENTERTAINMENT, INC.; CEC
ENTERTAINMENT CONCEPTS, L.P.;;
ESPRIT US RETAIL LIMITED; HEELING
SPORTS, LTD.; HUGO BOSS FASHIONS,
INC.; LITTLE CAESAR ENTERPRISES, INC.;
PIGGLY WIGGLY, LLC; and QUEST
DIAGNOSTICS INCORPORATED**

- 52 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Robert M. Fuhrer*
George M. Sirilla (admitted pro hac vice)
Jack S. Barufka (admitted pro hac vice)
Robert M. Fuhrer (admitted pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd., 14th Floor
McLean, VA 22102
703.770.7900 – Telephone
703.770.7901 – Facsimile

**ATTORNEYS FOR DEFENDANTS
BASS PRO, INC., BPS DIRECT, L.L.C., AND BASS
PRO OUTDOORS ONLINE, L.L.C.**

- 53 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Deron R. Dacus*

Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX   75701
903/705-1117 (phone & fax)
ddacus@dacusfirm.com

Matthew A. Williams
KY Bar No. 90727
WYATT, TARRANT & COMBS, LLP
PNC Plaza, Suite 2800
500 West Jefferson Street
Louisville, Kentucky  40202-2898
Phone:  (502) 562-7378
Facsimile:  (502) 589-0309
mwilliams@wyattfirm.com

***Counsel for Cracker Barrel Old Country
Store, Inc.***

- 54 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ Michael C. Smith
Michael C. Smith (TX Bar #18650410)
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
(903) 938-8900
michaelsmith@siebman.com

Robert J. Lenihan, II (*pro hac vice*)
Brent G. Seitz (*pro hac vice*)
Harness, Dickey & Pierce, P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098
(248) 641-1600
rjlenihan@hdp.com
bseitz@hdp.com

**ATTORNEYS FOR LA-Z-BOY INCORPORATED**

/s/ Gregory F. Ahrens
Gregory F. Ahrens
Ohio State Bar No. 0038627
(Admitted in the ED TX)
gahrens@whepatent.com
Wood, Herron & Evans, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, OH  45202
Tel:  (513) 241-2324
Fax:  (513) 241-6234

**ATTORNEY FOR DEFENDANT
NATIONAL INTERLOCK SYSTEMS, INC.; DSW, INC.**

- 55 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Michael J. Harris*
Christopher J. Renk (Lead Attorney)
IL Bar No. 6199012
crenk@bannerwitcoff.com
Thomas K. Pratt
IL Bar No. 6209761
tpratt@bannerwitcoff.com
Michael J. Harris
IL Bar No. 6280168
mharris@bannerwitcoff.com
Banner & Witcoff, LTD.
10 S. Wacker Drive, Ste. 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001

**ATTORNEYS FOR DEFENDANT NIKE, INC.**

*/s/ Brian W. LaCorte*
Brian W. LaCorte (AZ Bar No. 012237)
Jonathon A. Talcott (MN Bar No. 0391457)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona  85004
Telephone: (602) 798-5400
Fax: (602) 798-5595
lacorteb@ballardspahr.com
talcottj@ballardspahr.com

William Cornelius (TX Bar No. 04834700)
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANTS
THE REINALT-THOMAS CORPORATION;
AMERCO; EMOVE, INC.; U-HAUL
INTERNATIONAL, INC.; U-HAUL LEASING**

- 56 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

**& SALES CO.; AND WEB TEAM
ASSOCIATES, INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Jeremy S. Snodgrass*
J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Of counsel:
Ralph J. Gabric
Tadashi Horie
Rickard K. DeMille
Jeremy S. Snodgrass
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200 (telephone)
(312) 321-4299 (facsimile)

**ATTORNEYS FOR DEFENDANTS SEIKO
CORPORATION OF AMERICA,
SEIKO INSTRUMENTS INC., AND
SEIKO WATCH CORP.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ R. Kyle Hawes*

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & MARTIN, P.C.
R. Kyle Hawes
kyle.hawes@chamberlainlaw.com
SBN: 00796725
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: 713-658-1818
Facsimile: 713-658-2553

GREENSFELDER, HEMKER & GALE, P.C.
Mary Ann L. Wymore
mlw@greensfelder.com
(Pro Hac Vice)
J. Andrew Walkup
aw@greensfelder.com
(Pro Hac Vice)
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: 314-241-9090
Facsimile: 314-345-5499

**ATTORNEYS FOR DEFENDANT
JIM'S FORMAL WEAR CO.**

- 59 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ Elizabeth L. DeRieux
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
903) 236-9800 Telephone
 (903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Michael N Zachary
Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Ave
Ste 2800
Seattle, WA 98101
206-682-8100
Fax: 206-224-0779
Email: michael.zachary@cojk.com

**Counsel for Defendant**
**Pacific Bioscience Laboratories, Inc.**

/s/ Fran Aden
Fran Aden
S.D. Texas No. 611072
State Bar No. 24050202
HUNTON & WILLIAMS LLP
700 Louisiana, Suite 4200
Houston, Texas 77002
(713) 229-5700  (Telephone)
(713) 229-5750  (Facsimile)
faden@hunton.com

**ATTORNEY FOR DEFENDANT**
**THE SCOTTS COMPANY LLC**

- 60 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Lindsay L. Hargrove*
Lindsey L. Hargrove
State Bar No. 24065373
MCGUIREWOODS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX  77002-2906
Telephone: (713) 571-9191
Fax: (713) 571-9652
Email: lhargrove@mcguirewoods.com

David E. Finkelson (admitted *pro hac vice*)
Derek H. Swanson (admitted *pro hac vice*)
Virginia Bar No. 73463
Lead Counsel
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Fax: (804) 775-1061
Email: dfinkelson@mcguirewoods.com
Email: dswanson@mcguirewoods.com

**COUNSEL FOR DEFENDANTS
REMINGTON ARMS COMPANY, INC. AND
STIHL INCORPORATED**

- 61 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101 Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Joseph V. Saphia
W. Edward Bailey
Wiggin and Dana LLP
450 Lexington Avenue
Suite 3800
New York, NY 10017
Tel: (212) 490-1700
Fax: (212) 490-0536
Email: jsaphia@wiggin.com
Email: ebailey@wiggin.com

**Attorneys for Defendants**
**AutoNation, Inc. and American Eagle Outfitters**
**Inc.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ Scott Partridge
Scott F. Partridge
Texas Bar No. 00786940
Email:  scott.partridge@bakerbotts.com
Elizabeth Durham
Texas Bar No. 24045815
Email: liz.durham@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
Email: william.rothwell@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

**ATTORNEYS FOR DEFENDANT HEB GROCERY COMPANY, LP**


/s/ Laura A. Wytsma
Jordan A. Sigale
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL  60610-4746
Telephone:  (312) 464-3100
Facsimile:  (312) 464-3111
jsigale@loeb.com

Laura A. Wytsma
LOEB & LOEB LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, California  90067
Telephone:  (310) 282-2000
lwytsma@loeb.com

Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
Telephone:  (903) 534-1100
EFindlay@FindlayCraft.com

**Attorneys for Defendant Ingersoll-Rand Company**

- 63 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Telephone: 903.531.3535
Facsimile: 903.533.9687
Email: charley@pbatyler.com

*Of Counsel:*
Michael A. Cohen (Admitted Pro Hac Vice)
Schwabe Williamson & Wyatt PC
1211 S.W. Fifth Avenue, Suite 1600
Portland, Oregon  97204
Telephone: 503.796.2488
Facsimile: 503.796-2900
Email: mcohen@schwabe.com

**Attorneys for Defendants
Columbia Sportswear Company, Columbia
Sportswear North America, Inc., and  Columbia
Sportswear USA Corp.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Kirby B. Drake*
Darin M. Klemchuk
State Bar No. 24002418
Casey L. Griffith
State Bar No. 24036687
Kirby B. Drake
State Bar No. 24036502
KLEMCHUK KUBASTA LLP
8150 N. Central Expy., 10th Floor
T: 214.367.6000
F: 214.367.6001
darin.klemchuk@kk-llp.com
casey.griffith@kk-llp.com
kirby.drake@kk-llp.com

**ATTORNEYS FOR DEFENDANT ACADEMY, LTD.**

- 65 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

John G. Bisbikis
Illinois Bar No. 6209732
E-mail: jbisbikis@mwe.com
Avani C. Macaluso
Illinois Bar No. 6280832
E-mail: amacaluso@mwe.com
MCDERMOTT WILL & EMERY, LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Fax:  (312) 984-7700

**COUNSEL FOR DEFENDANT
CRAFTMASTER MANUFACTURING, INC.**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

**COUNSEL FOR DEFENDANT,
CALIFORNIA PIZZA KITCHEN, INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ James S. Blackburn
James S. Blackburn (*Pro Hac Vice*)
James.blackburn@aporter.com
Ali R. Sharifahmadian (*Pro Hac Vice*)
Ali.sharifahmadian@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Stree
44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Defendants*
*Local.com Corporation; Dex One Corporation;*
*Yellow Book USA, Inc.; Yelp!, Inc.; CityGrid*
*Media, LLC; Match.com SN, LLC; Match.com,*
*LLC; ServiceMagic, Inc.; People Media, Inc.;*
*International Coffee & Tea, LLC; and Crocs Inc.*

- 67 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Keith A. Robb*

DOUGLAS D. FLETCHER
Attorney in Charge
Texas State Bar No. 07139500
email:  doug.fletcher@fletcherfarley.com
KEITH A. ROBB
Texas State Bar No. 24004889
email:  keith.robb@fletcherfarley.com
FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
8750 N. Central Expressway
Dallas, Texas  75231, 16th Floor
214-987-9600
214-987-9866 (Facsimile)

**ATTORNEYS FOR DEFENDANT
TASER INTERNATIONAL, INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Michael J. Zinna*

Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Phone: (903) 531-3535
Fax: (903) 533-9687


OF COUNSEL:

John F. Ward
Email: jward@wardzinna.com
Michael J. Zinna
Email: mzinna@wardzinna.com
David G. Lindenbaum
Email: dlindenbaum@wardzinna.com
Patrick R. Colsher
Email: pcolsher@wardzinna.com
Matthew C. Berntsen
Email: mberntsen@wardzinna.com
**WARD & ZINNA, LLC**
380 Madison Avenue
New York, New York 10017
Phone: (212) 697-6262
Fax: (212) 972-5866


**Attorneys for Defendant**
**Godiva Chocolatier, Inc.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Terence P. Ross*

Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Terence P. Ross (pro hac vice)
tross@crowell.com
Jeffrey D. Ahdoot (pro hac vice)
jahdoot@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone:  (202) 624-2500
Facsimile: (202) 628-5116

**Attorneys for Defendants Enterprise Holdings, Inc. and Vanguard Car Rental USA, LLC**

- 70 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS APPLEBEE'S
INTERNATIONAL, INC. AND APPLEBEE'S IP, LLC**

*/s/ Anthony F. Lo Cicero*
Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS IHOP IP, LLC
AND DINEEQUITY, INC.**

- 71 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas State Bar No. 09346800
The Heartfield Firm
2195 Dowlen Road
Beaumont, Texas 77706
(409) 866-3318 (Telephone)
(409) 866-5789 (Facsimile)
thad@jth-law.com

Jodi Rosen Wine
Illinois State Bar No. 6209883
Nixon Peabody, LLP
300 S. Riverside Plaza, 16th Floor
Chicago, IL 60606
Telephone: 312-425-3900
Fax:  312-425-3909
jwine@nixonpeabody.com
*Pro Hac Vice Application pending*

Jason Kravitz
Massachusetts State Bar No. 565904
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: 617-345-1000
Fax:  617-345-1300
jkravitz@nixonpeabody.com
*Pro Hac Vice Application pending*

**ATTORNEYS FOR DEFENDANT,
HERMAN MILLER, INC.**

- 72 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ *Jeff Eichen*
Jeffrey L. Eichen
Delaware State Bar No. 5331
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street, 9th floor
P.O. Box 2207
Wilmington, DE 19899
Tel.:    (302) 888-6304
Fax:     (302) 658-5614
jeichen@cblh.com

Marisa M. Schouten
State Bar No. 24039163
Martin Walker, P.C.
522 S. Broadway Ste 200
Tyler, Texas 75702
Tel.:    (903) 526-1600
Fax:     (903) 595-0796

**Attorney for Defendants Dress Barn, Inc. and Maurices Incorporated**

/s/ *Benjamin Hershkowitz*
Benjamin Hershkowitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com

**Attorney for Defendant/Counterclaimant Footlocker.com, Inc.**

- 73 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ *Michael A. Oakes*
Edward F. Fernandes
Hunton & Williams LLP
111 Congress Avenue, Suite 1800
Austin, TX  78701
Telephone: (512) 542-5000
Facsimile:  (512) 542-5049
E-mail:  efernandes@hunton.com

Michael A. Oakes
Hunton & Williams LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile:  (202) 778-7459
E-mail:  moakes@hunton.com

**ATTORNEYS FOR LOWE'S HOME
CENTERS, INC**

- 74 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ *Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
Walter W. Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com

William E. Devitt
Tiffany P. Cunningham (admitted pro hac vice)
Ian J. Block (admitted pro hac vice)
Kirkland & Ellis - Chicago
300 N. LaSalle Street
Chicago, IL 60654
Phone: 312-862-2000
Fax: 312-862-2200
Email: wdevitt@kirkland.com
        tiffany.cunningham@kirkland.com
        ian.block@kirkland.com

**COUNSEL FOR DEFENDANTS
ADVANCE AUTO PARTS, INC, ADVANCE
STORES COMPANY, INC., E-ADVANCE
LLC, AND HANESBRANDS, INC.**

- 75 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ *Phong D. Nguyen*

Robert G Abrams - LEAD ATTORNEY
Gregory J. Commins, Jr.
Phong D. Nguyen (TX Bar No. 24002690)
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
T: (202) 861-1500
F:  (202) 861-1783
rabrams@bakerlaw.com
gcommins@bakerlaw.com
pnguyen@bakerlaw.com

**Attorneys for Defendant
Caterpillar Inc.**


/s/ *Stayton L. Worthington*

Don V. Kelly, (Pro Hac Vice)
Eugene P. Schmittgens Jr., (Pro Hac Vice)
Benjamin M. Fletcher (Pro Hac Vice)
Evans & Dixon, LLC
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
Telephone: 314-552-4066
Facsimile: 314-884-4466
dkelly@evans-dixon.com
gschmittgens@evans-dixon.com
bfletcher@evans-dixon.com

Coghlan Crowson, LLP
Stayton L. Worthington
State Bar No. 22010200
1127 Judson Road, Suite 211
P.O.Box 2665
Longview, Texas 75606

**ATTORNEYS FOR DEFENDANT
THE SWAN CORPORATION**


- 76 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Allison H. Altersohn*
Douglas R. McSwane, Jr.
State Bar No. 13861300
dougmcswane@potterminton.com
POTTER MINTON
110 N. College, Ste. 500
Tyler, TX 75702
Telephone: (903) 597-8311
Fax: (903) 593-0846

Allison H. Altersohn (admitted pro hac vice)
aaltersohn@kslaw.com
Jonathan D. Ball (admitted pro hac vice)
jball@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

**ATTORNEYS FOR DEFENDANT
AVON PRODUCTS, INC**

*/s/ Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS
THE WESTERN UNION COMPANY;
WESTERN UNION HOLDINGS, INC.; and
PIZZA INN, INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Michael C. Smith*
Michael C. Smith (TX Bar #18650410)
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
(903) 938-8900
michaelsmith@siebman.com

Alan M. Fisch
District of Columbia Bar No. 453068
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth St., NW
Washington, DC 20005-2327
(202) 682-3500 telephone
(202) 682 3580 fax
Email: alan.fisch@kayescholer.com

**Attorney for TA Operating LLC**

- 78 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Roy W. Hardin*
Roy W. Hardin
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
Phone: (214) 740-8000
Fax:    (214) 740-8800
*rhardin@lockelord.com*

Steven F. Meyer
David H. T. Kane
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, NY  10281-2101
Phone: (212) 415-8600
Fax:    (212) 303-2754
*smeyer@lockelord.com*
*dkane@lockelord.com*

Brian W. Brokate
Jeffrey E. Dupler
GIBNEY, ANTHONY, & FLAHERTY LLP
665 Fifth Avenue
New York, NY 10022
Phone: (212) 688-5151
Fax:    (212) 688-8315
*bwbrokate@gibney.com*
*jdupler@gibney.com*

**ATTORNEYS FOR DEFENDANT
ROLEX WATCH USA, INC.**

- 79 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Stewart Mesher*

Stewart Mesher
Attorney-in-Charge
CONLEY ROSE, P.C.
2508 Ashley Worth Blvd., Suite 200
Austin, TX 78738
Phone:  (512) 610-3410
Fax:  (512) 610-3456
Email:  smesher@conleyrose.com

**ATTORNEY FOR DEFENDANT
MR. GATTI'S, L.P.**

- 80 -

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
Shannon M. Dacus
State Bar No. 00791004
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas  75701
Tel: 903.705.1117
Fax: 903.705.1117
ddacus@dacusfirm.com
sdacus@dacusfirm.com

Michael A. Swartzendruber
State Bar No. 19557702
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: 214.855.8000
Fax: 214.855.8200
mswartzendruber@fulbright.com

Michael C. Barrett
State Bar No. 24006803
Mark T. Garrett
State Bar No. 24007225
Sarah R. Holland
State Bar No. 24055679
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mbarrett@fulbright.com
sholland@fulbright.com

***Counsel for Counsel for Cinemark Holdings, Inc.;
Cinemark USA, Inc.; Christus Health a/k/a Christus
Health Non-Profit Corp.; Christus Health
Foundation; Dollar General Corp.; National Vision,
Inc.; Office Depot, Inc.; Regis Corporation; and
Spencer Gifts LLC.***

- 81 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Thomas W. Cunningham*
FRANK A. ANGILERI
fangileri@brookskushman.com
THOMAS W. CUNNINGHAM
tcunningham@brookskushman.com
JOHN LEROY
jleroy@brookskushman.com
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

**COUNSEL FOR DEFENDANTS
DOMINO'S PIZZA, INC. and
TEREX CORPORATION**

- 82 -

*/s/ Margaret Elizabeth Day*

Margaret Elizabeth Day (CA Bar No. 177125)
Admitted to Practice
Email: eday@feinday.com
FEINBERG DAY ALBERTI & THOMPSON LP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: (650) 618.4360
Facsimile: (650) 618.4368

**Attorneys for Defendant**
**MONSTER CABLE PRODUCTS, INC.**

*/s/ Debby E. Gunter*

Debby E. Gunter
debby@yw-lawfirm.com
Herbert A. Yarbrough, III
trey@yw-lawfirm.com
YARBROUGH ♦ WILCOX
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel:  903-595-3111
Fax:  903-595-0191

**COUNSEL FOR DEFENDANT**
**ROSS STORES, INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Allen F. Gardner*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Brian E. Turung
FAY SHARPE
1228 Euclid Avenue, Suite 500
Cleveland, Ohio  44115
Tel: (216) 363-9000
Fax: (216) 363-9001

**COUNSEL FOR DEFENDANT
APPLIED INDUSTRIAL TECHNOLOGIES,
INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Scott Stevens*
Scott Stevens
State Bar No. 00792024
STEVENS LOVE
P.O. Box 3427
Longview, Texas 75606
Telephone: 903-753-6760
Facsimile: 903-753-6761
scott@stevenslove.com

Daniel J. Schwartz
SEYFARTH SHAW LLP
131 S. Dearborn Street - Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
dschwartz@seyfarth.com

**ATTORNEYS FOR WHERE2GETIT, INC.; VF OUTDOOR, INC. D/B/A THE NORTH FACE; CHICK-FIL-A, INC.; MONSTER CABLE PRODUCTS, INC.; PATAGONIA, INC.; TCF CO. LLC, THE CHEESECAKE FACTORY INC.; VIEWSONIC CORP.; AND THE TIMBERLAND CO. D/B/A TIMBERLAND CO.**

- 85 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Timothy S. Durst*

Timothy S. Durst
Lead Attorney
Texas Bar No. 00786924
tim.durst@bakerbotts.com
Chad C. Walters
Texas Bar No. 24034730
chad.walters@bakerbotts.com
Susan Cannon Kennedy
Texas Bar No. 24051663
susan.kennedy@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas  75201-2980
Telephone: 214-953-6500
Facsimile: 214-953-6503

Christopher W. Kennerly
Texas Bar No. 00795077
chris.kennerly@bakerbotts.com
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, California 94304
Telephone: 650-739-7502
Facsimile: 650-739-7601

Benjamin R. Johnson
Texas Bar No. 24065495
ben.johnson@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX   78701-4078
Telephone: 512-322-2500
Facsimile: 512-322-2501

**ATTORNEYS FOR DEFENDANTS
YELLOWPAGES.COM LLC, AT&T
MOBILITY LLC AND AT&T SERVICES, INC.**

- 86 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Matthew A. Braunel*

Dean L. Franklin
dfranklin@thompsoncoburn.com
Matthew A. Braunel
mbraunel@thompsoncoburn.com
Anthony F. Blum
ablum@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
314-552-6000
FAX 314-552-7000

**Attorney for Defendant**
**GANDER MOUNTAIN COMPANY**



*/s/ Michael E. Schonberg*

Bruce S. Sostek
State Bar No. 18855700
Bruce.Sostek@tklaw.com
Michael E. Schonberg
State Bar No. 00784927
Mike.Schonberg@tklaw.com
Vishal Patel
State Bar No. 24065885
Vishal.Patel@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**Attorneys for Defendants**
**VF Corporation;**
**VF Jeanswear, L.P.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Dru Montgomery*
J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

OF COUNSEL:

Guy A. Reiss (pro hac vice)
Henry J. Cittone (pro hac vice)
REISS+PREUSS LLP
1350 Avenue of the Americas, Suite 2900
New York, NY 10019
(646) 731-2770

**ATTORNEYS FOR DEFENDANT
MIELE INCORPORATED**

- 88 -

*/s/ Ury Fischer*
Ury Fischer
Florida Bar No. 0048534
ufischer@lfiplaw.com
Lott & Fischer, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
Telephone:  305.448.7089
Facsimile:  305.446-6191

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANT**
**BROWN JORDAN INTERNATIONAL, INC.**

- 89 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Charles L. Stinneford*

Charles L. Stinneford
State Bar No. 00785057
cstinneford@gordonarata.com
David V. Bryce
State Bar No. 24052876
dbryce@gordonarata.com
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
1980 Post Oak Blvd.
Suite 1800
Houston, Texas 77056
Phone: (713) 333-5500
Fax: (713) 333-5501

**Attorneys for Payless Car Rental System, Inc. and
Avalon Global Group, Inc.**

- 90 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ M. Dru Montgomery*

David M. Stein
Texas State Bar No. 00797494
AKIN GUMP STRAUS HAUER & FELD LLP
633 West Fifth Street, Suite 5000
Los Angeles, CA 90071
Work:  213.254.1200
Fax:     213.254.1201
dstein@akingump.com

J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

***Counsel for Defendants***
***Conn's Appliances, Inc., Conn's Inc., and Deli***
***Management, Inc. d/b/a Jason's Deli***

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux
ederieux@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas  75647
(903) 236-9800
(903) 236-8787

H. Jonathan Redway, Lead Attorney
jredway@dickinsonwright.com
DICKINSON WRIGHT PLLC
1875 I Street, NW, Suite 1200
Washington, DC 20006
Phone: (202) 457-0160
Fax:     (202) 659-1559

**Attorneys for Defendant Carhartt Inc.**

/s/ James C. Tidwell
Andre R. Barry – NE Bar #22505
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
(402) 474-5393 fax
abarry@clinewilliams.com

James C. Tidwell – TX Bar #20020100
WOLFE, TIDWELL & McCOY, LLP
320 N. Travis, Suite 205
Sherman, TX 75090
(903) 868-1933
(903) 892-2397 fax
jct@wtmlaw.net

**Attorneys for Defendant**
**Godfather's Pizza, Inc.**

- 92 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ J. Thad Heartfield*

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

Michael R. Annis
mike.annis@huschblackwell.com
Husch Blackwell LLP
190 Carondelet Plaza, Suite, 600
Telephone:  (314) 480-1500
Fax:  (314) 480-1505

**Attorneys for Defendant
Bakers Footwear Group, Inc.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Allen F. Gardner*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Anthony Shaw
shaw.anthony@arentfox.com
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone: 202.857.6227
Fax: 202.857.6395
**Attorneys for Defendant
Diesel U.S.A. Inc.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Paul B. Kerlin*
Joseph M. Schreiber
Texas Bar No. 24037449
Paul B. Kerlin
Texas Bar No. 24044480
VORYS, SATER, SEYMOUR AND PEASE LLP
700 Louisiana Avenue, Suite 4100
Houston, Texas  77002
Tel: 713-588-7000
Fax: 713-588-7050
jmschreiber@vorys.com
pbkerlin@vorys.com

William H. Oldach III, pro hac vice
VORYS, SATER, SEYMOUR & PEASE LLP
1909 K Street, N.W., 9th Floor
Washington, DC  20006
Phone:  202-467-8800
Facsimile:  202-533-9024
E-mail:  wholdach@vorys.com

Robert T. Veon
Texas Bar No. 20546550
VEON LAW FIRM, PA
117 E. Broad St.
Texarkana, AR 71854
Phone: 870-774-7390
Facsimile: 870-773-3690
Email: robert.veon@veonfirm.com

**ATTORNEYS FOR DEFENDANT
ABERCROMBIE & FITCH CO.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ William Cornelius*
William Cornelius
State Bar No. 04834700
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:     (903) 509-5000
Facsimile:     (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT
PSP GROUP, LLC D/B/A PET SUPPLIES
PLUS**

- 96 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

_/s/ Gregory R. Lyons_
J. Thad Heartfield (TX Bar # 09346800)
M. Dru Montgomery (TX Bar # 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Tel: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Gregory R. Lyons
Brian H. Pandya (VA Bar # 72233)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
glyons@wileyrein.com
bpandya@wileyrein.com

**ATTORNEYS FOR DEFENDANT
MERLE NORMAN COSMETICS**

- 97 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

_/s/ J. Thad Heartfield_
J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@jth-law.com
        dru@jth-law.com

John P Higgins
Summa Additon & Ashe, PA
11610 N Community House Rd
Suite 200
Charlotte, NC 28277-2199
704/945-6704
Fax: 704/945-6735
Email: jhiggins@summalaw.com

**Attorneys for Defendant
Hallmark Cards Inc.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Philip J. Moy Jr.*
Philip J. Moy Jr. (Ohio Bar No. 0043568)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, OH  44115
Telephone:  216-363-9000
Facsimile:  216-363-9001
Email: pmoy@faysharpe.com

**Attorneys for Defendant**
**Things Remembered, Inc.**

*/s/ Terrell R. Miller*
Ronald M. Gaswirth
Texas Bar No. 07752000
Terrell R. Miller
Texas Bar No. 24046446
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
rgaswirth@gardere.com
tmiller@gardere.com

**ATTORNEYS FOR DEFENDANT**
**NEW ASHLEY STEWART, INC.**

- 99 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

_/s/ Charles Clark_

Charles Clark  (TX #04274000)
chc@charlesclarklaw.com
CLARK & PORTER
P.O. Box 98
604 West Woldert
Tyler, TX 75702
Telephone:      903/593-2514
Facsimile:      903/595-1294

David R. Barnard (Admitted pro hac vice)
dbarnard@lathropgage.com
David R. Frye  (Admitted pro hac vice)
dfrye@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Blvd., Ste, 2400
Kansas City, MO 64108
Telephone:      913/292-2000
Facsimile:      913/292-2001

**ATTORNEYS FOR DEFENDANT
ALCO STORES, INC.**

- 100 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Brian Craft*

Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101  Tyler, Texas  75703
Tel:  (903) 534-1100
Fax:  (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com

Of Counsel:
Brian G. Bodine (Pro Hac Vice)
Tiffany Scott (Pro Hac Vice)
1420 Fifth Avenue, Suite 4100
Seattle, Washington  98101-2338
Telephone:  (206) 223-7000
Facsimile:  (206) 223-7107
E-mail:  bodineb@lanepowell.com
scottt@lanepowell.com

**ATTORNEYS FOR INTELIUS INC.**

By: /s/

- 101 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Hector J. Ribera*
Hector J. Ribera
CA Bar No. 221511 (Admitted E.D. Tex.)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

**Attorneys for Defendant
ZOOSK, INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Lisa A. Ferrari*

Martin B. Pavane (admitted *pro hac vice*)
New York Bar No. 1528819
Lisa A. Ferrari (admitted *pro hac vice*)
New York Bar No. 2411759
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Telecopy: (212) 986-0604
Email: mpavane@cozen.com
        lferrari@cozen.com

Kendall K. Hayden
Texas State Bar No. 24046197
COZEN O'CONNOR
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299
Email: khayden@cozen.com

**Attorneys for Beech Nut Nutrition Corp.**

- 103 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Nathan D. Meyer
CA Bar No. 239850
Marc A. Fenster
CA Bar No. 181067
Larry C. Russ
CA Bar No. 082760
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474
Fax: (310) 826-6991
nmeyer@raklaw.com
mfenster@raklaw.com
lruss@raklaw.com

**ATTORNEYS FOR DEFENDANT
FOREVER 21 RETAIL, INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Burton S. Ehrlich
John Luther
Ladas & Parry LLP
224 S. Michigan Avenue
Chicago, IL 60604
(312) 427-1300
Fax: (312) 427-6668

**ATTORNEYS FOR DEFENDANT,
HICKORY FARMS, INC.**

- 105 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANT
DINEEQUITY, INC.**

- 106 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

**ATTORNEYS FOR DEFENDANT
MACY'S RETAIL HOLDINGS, INC.**

- 107 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ J. Matt Rowan*
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Joseph J. Richetti
joseph.richetti@bryancave.com
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630

Thomas Jameson Adair
thomas.adair@bryancave.com
BRYAN CAVE LLP
2200 Ross Ave., Ste 3300
Dallas, TX 75201
214-721-8000
214-220-6733 (fax)

**Counsel for dELiA*s, Inc.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ J. Matt Rowan*

E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Robert G. Lancaster
rglancaster@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Tele: (310) 576-2239
Facs: (310) 260-7139

Wilhemina Joni Tyler
wilhemina.tyler@bryancave.com
BRYAN CAVE LLP
211 N Broadway, Suite 3600
St Louis, MO 63102-3600
314-259-2345
314-552-8345 (fax)

**Counsel for American Apparel, Inc.**

- 109 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ Thomas W. Cunningham
Frank A. Angileri (MI Bar No. P45611)
Thomas W. Cunningham (MI Bar No. P57899)
John S. LeRoy (MI Bar No. P61964)
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
fangileri@brookskushman.com
tcunningham@brookskushman.com
jleroy@brookskushman.com

**Attorneys for Defendants**
**Domino's Pizza, Inc. and Terex, Inc.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Joel T. Beres*
Joel T. Beres
Lead Counsel
Kentucky State Bar No. 84376
Jack A. Wheat
Kentucky State Bar No. 75945
Jennifer L. Kovalcik
Kentucky State Bar No. 89391
Lindsay Yeakel Capps
Kentucky State Bar No. 92726
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
jberes@stites.com
jwheat@stites.com
jkovalcik@stites.com
lcapps@stites.com

**Attorneys for Defendant
Eyemart Express, Ltd.**

- 111 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
(State Bar No. 00784720)
jainsworth@wilsonlawfirm.com
Wilson, Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509–5000

Peter J. Brann
pbrann@brannlaw.com
David Swetnam–Burland
dsb@brannlaw.com
Stacy O. Stitham
sstitham@brannlaw.com
BRANN & ISAACSON
184 Main Street; P.O. Box 3070
Lewiston, ME 04243–3070
(207) 786–3566

**Attorneys for J. Crew Group, Inc.**


*/s/ Elizabeth Flannery*
Scott F. Partridge
Texas Bar No. 00786940
Email:  scott.partridge@bakerbotts.com
Elizabeth Flannery
Texas Bar No. 24045815
Email:  liz.flannery@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
Email: william.rothwell@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

**ATTORNEYS FOR DEFENDANT
HEB GROCERY COMPANY, LP**

- 112 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Bradley Chambers*
Bradley Chambers
Texas State Bar No. 24001860
Baker, Donelson, Bearman, Caldwell & Berkowitz
1301 McKinney
Suite 3700
Houston, Texas 77010
(713) 286-7193 - Direct
(713) 650-9701 - Fax
bchambers@bakerdonelson.com

Bradley E. Trammell (Of Counsel)
Tennessee State Bar No. 013980
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  (901) 577-2121
Facsimile:  (901) 577-0781
btrammell@bakerdonelson.com

**Attorneys for Defendant
Fred's, Inc.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Darren W. Saunders*
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone:  (214) 953-6000
Facsimile:  (214) 661-6645

Darren W. Saunders (admitted pro hac vice)
dsaunders@manatt.com
Alpa V. Patel (admitted pro hac vice)
avpatel@manatt.com
MANATT PHELPS & PHILLIPS LLP
Seven Times Square
New York, New York 10036
Tel: (212) 790-4500
Fax: (212) 790-4545

**ATTORNEYS FOR DEFENDANT
H&M HENNES & MAURITZ, L.P.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Allen Gardner*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
GREAT CLIPS, INC.**

*/s/ Allen Gardner*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
M.A.C. COSMETICS, INC.**

- 115 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS

*/s/ David Bassett*

David Bassett
WilmerHale
399 Park Avenue
NY, NY  10022
212.230.8858 (Telephone)
212.230.8888 (Facsimile)
David.Bassett@wilmerhale.com

John M. Jackson
Nicole Ruble Metcalf
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202-3797
Telephone:  (214) 953-6000
jjackson@jw.com
nmetcalf@jw.com

**Attorneys for Defendant**
**The Yankee Candle Company, Inc.**

*/s/ Scott S. Brown*

Scott S. Brown
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
 Birmingham, AL 35203-2618
 Tel: (205) 254-1232
Fax: (205)254-1999
scottbrown@maynardcooper.com

**Attorney for Defendant**
**Factory Connection LLC**

- 117 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Allen F. Gardner*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANT
JIMMY JAZZ E-COMMERCE, LLC**

- 118 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Thomas L. Duston*
Thomas L. Duston
State Bar. No.:  6196612
 tduston@marshallip.com
Cullen N. Pendleton, Ph.D.
State Bar. No.:  6283725
 cpendleton@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
T: 312.474.6300

**Attorneys for Defendant
Classified Ventures, LLC**

*/s/ Theodore Stevenson III*
Theodore Stevenson, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
sgreskowiak@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044

**COUNSEL FOR BILLABONG RETAIL INC.**

- 119 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ J. Daniel Harkins*

J. Daniel Harkins
State Bar No. 09008990
dharkins@coxsmith.com
Marissa Dawn Helm
State Bar No. 24046273
mhelm@coxsmith.com

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205
(210) 554-5500
(210) 226-8395 (Fax)

**Attorneys for Visionworks of America, Inc.**

*/s/ Andrew C. Warnecke*

Andrew C. Warnecke (admitted pro hac vice)
Joshua J. Heidelman (admitted pro hac vice)
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000
Fax: (312) 602-5050
andrew.warnecke@bryancave.com
joshua.heidelman@bryancave.com

Thomas J. Adair
Texas Bar No. 24047753
Bryan Cave LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 721-8000
Fax: (214) 721-8100
thomas.adair@bryancave.com

**ATTORNEYS FOR DEFENDANT
BIOSCRIP, INC**

- 120 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Andy H. Chan*
Thomas F. Fitzpatrick
CA State Bar No. 193565
tfitzpatrick@goodwinprocter.com
Andy H. Chan
CA State Bar No. 242660
achan@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 752-3100 (Telephone)
(650) 853-1038 (Facsimile)

Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
charley@pbatyler.com
100 E. Ferguson, Suite 1114
Tyler, TX  75702
(903) 531-3535 telephone
(903) 533-9687 fax
charley@pbatyler.com

**Attorneys for Defendant
Draper's & Damon's, LLC**

*/s/ James E. Hudson III*
James E. Hudson III
Texas Bar No. 00798270
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
713.752.8652
713.425.7952 Fax
jhudson@craincaton.com

**ATTORNEY FOR DEFENDANT
CURVES INTERNATIONAL, INC.**

- 121 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Gregory L. Lippetz*

Gregory L. Lippetz
Iman Lordgooei
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:      (650) 739-3900
E-mail: glippetz@jonesday.com
E-mail: ilordgooei@jonesday.com

**Attorneys for Defendant
Toni&Guy USA, LLC**


*/s/ Devan V. Padmanabhan*

Devan V. Padmanabhan (admitted pro hac vice)
dpadmanabhan@winthrop.com
Justin H. Jenkins (#24051866)
jjenkins@winthrop.com
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 604-6411
Facsimile:  (612) 604-6891
Indianapolis, IN 46204

**Attorneys for Defendants
bestbuy.com, Life Time Fitness, Inc., and Jos. A.
Bank Clothiers**

- 122 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Jeffrey C. Morgan*
Todd G. Vare (admitted pro hac vice)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone:  (317) 231-7735
Facsimile:  (317) 231-7433
Email:  tvare@btlaw.com

Jeffrey C. Morgan
Georgia Bar No. 522667
BARNES & THORNBURG LLP
Prominence in Buckhead
3475 Piedmont Road, N.E.
Suite 1700
Atlanta, GA 30305
Telephone:  (404) 264-4015
Facsimile:  (404) 264-4033
Email:  jeff.morgan@btlaw.com

S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DeRIUEX LLP
114 E. Commerce Avenue
Gladewater, TX 75647
Telephone:  (903) 233-4816
Facsimile:  (903) 236-8787
Email:  ccapshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com
Email:  jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANT
WILD BIRDS UNLIMITED, INC.**

- 123 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Matias Ferrario*

Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANTS
AGCO CORP., LABORATORY
CORPORATION OF AMERICA HOLDINGS,
LABORATORY CORPORATION OF
AMERICA, VICTORINOX SWISS ARMY,
INC.,GENESCO INC., AND SUNBELT
RENTALS, INC.**

- 124 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ Matias Ferrario
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Geoffrey Gavin
ggavin@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4528
Telephone:  404.815.6500
Facsimile:  404.815.6555

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANT
THE ROCKPORT COMPANY, LLC**

- 125 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Don Tiller*
David H. Harper
Texas State Bar No. 09025540
david.harper@haynesboone.com
Donald E. Tiller
Texas State Bar No. 24066197
don.tiller@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR DEFENDANT,
COLDWATER CREEK INC. AND ZALE
DELAWARE, INC.**

*/s/ Don Tiller*
Thomas J. Williams (Lead Attorney)
State Bar No. 21578500
thomas.williams@haynesboone.com
HAYNES AND BOONE, LLP
201 Main Street, Suite 2200
Fort Worth, TX 76102
Tel:  (817) 347-6600
Fax: (817) 347-6650
Donald E. Tiller
State Bar No. 24066197
don.tiller@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR DEFENDANT,
PROGRESSIVE CONCEPTS INC.**

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Melissa R. Smith*

Melissa R. Smith

State Bar No. 24001351

GILLAM & SMITH, L.L.P.

303 South Washington Avenue

Marshall, Texas 75670

Telephone: (903) 934-8450

Facsimile: (903) 934-9257

melissa@gillamsmithlaw.com

Jonathan N. Zerger

jzerger@shb.com

Beth A. Larigan

blarigan@shb.com

Admitted pro hac vice

SHOOK, HARDY & BACON LLP

2555 Grand Blvd.

Kansas City, Missouri 64108-2613

Telephone: 816.474.6550

Facsimile: 816.421.5547

**ATTORNEYS FOR DEFENDANT
CIRCLE K STORES, INC.**

- 127 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ David J. Healey*

David J. Healey
(healey@fr.com)
Texas Bar No. 0932790
Claire M. Devine
(devine@fr.com)
Texas Bar No. 24080858
FISH & RICHARDSON P.C.
1221 McKinney, Suite 2800
Houston, Texas 77010
Phone: 713-654-4300
Fax: 713-652-0109

Clayton E. Dark, Jr.
Law Office of Clayton E. Dark, Jr.
P.O. Box 2207
Lufkin, TX 75902-1733
Phone: 936-637-1733
Fax: 936-637-2897
Email: cekrad@yahoo.com

**ATTORNEYS FOR BROOKSHIRE
BROTHERS, LTD.**

- 128 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

/s/ B. Lance Vincent
B. Lance Vincent
Texas Bar No. 20585580
Ritcheson, Lauffer & Vincent PC
2 American Center
821 ESE Loop 323, Suite 530
Tyler, Texas  75701
Tel:  (903) 535-2900
Fax: (903) 533-8646
lancev@rllawfirm.net

Mark P. Wine (admitted pro hac vice)
Calif. State Bar No. 189897
Thomas J. Gray (admitted pro hac vice)
Calif. State Bar No. 191411
Benjamin S. Lin (admitted pro hac vice)
Calif. State Bar No. 232735
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite 1100
Irvine, CA 92614
Tel:  (949) 567-6700
Fax:  (949) 567-6710
mwine@orrick.com
tgray@orrick.com
blin@orrick.com

**ATTORNEYS FOR DEFENDANTS ACE
HARDWARE CORPORATION,
AEROPOSTALE, INC., CHARLOTTE RUSSE,
INC., CHRISTOPHER & BANKS CORP.
D/B/A/ CHRISTOPHER & BANKS D/B/A CJ
BANKS, COST PLUS, INC. D/B/A COST PLUS
WORLD MARKET, DICK'S SPORTING
GOODS, INC., BABIESRUS.COM, LLC,
TOYSRUS.COM, LLC, GEOFFREY, LLC,
TOYS "R" US, INC., TOYS "R" US-
DELAWARE, INC., GENERAL NUTRITION
CENTERS, INC., GENERAL NUTRITION
CORPORATION, GSI COMMERCE, INC.,
HAGGAR CLOTHING CO., HAGGAR
DIRECT, INC., LEVI STRAUSS & COMPANY,
MEE ACCESSORIES LLC (F/K/A MARC
ECKO ENTERPRISES ACCESSORIES, LLC),
MEE DIRECT LLC (F/K/A ECKO DIRECT,**

- 129 -

**LLC) (D/B/A MARC ECKO ENTERPRISES), MEE APPAREL LLC (F/K/A ECKO COMPLEX LLC), YAKIRA, LLC, MAURICES INC., NAUTICA RETAIL USA, INC., PETSMART INC., PETSMART STORE SUPPORT GROUP, INC., QUIKSILVER D/B/A ROXY, SPANX, INC., THE SPORTS AUTHORITY, INC., GROUPE DYNAMITE, INC., VERA WANG BRIDAL HOUSE LTD, AND VEW LTD.**

*/s/ Brian Erickson*
BRIAN K. ERICKSON
Texas Bar No. 24012594
Brian.Erickson@dlapiper.com
HENNING SCHMIDT
Texas Bar No. 24060569
Henning.Schmidt@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 8701
Phone: (512) 457-7000
Fax: (512) 457-7001

**ATTORNEYS FOR DEFENDANTS CINNABON, INC., MOE'S FRANCHISOR, LLC, SCHLOTZSKY'S FRANCHISE, LLC, BURT'S BEES, INC., DESTINATION MATERNITY CORPORATION, CACHE INC., AND CLAIRE'S STORES INC.**

- 130 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ H. Arnold Shokouhi*
Levi G. McCathern, II
State Bar No. 00787990
lmccathern@mccathernlaw.com
H. Arnold Shokouhi
State Bar No. 24056315
arnolds@mccathernlaw.com
McCathern Mooty  Grinke, LLP
Regency Plaza
3710 Rawlins, Ste. 1600
Dallas, Texas 75219
214-741-2662 - Telephone
214-741-4717 - Facsimile

Of counsel:
William H. Mandir
Kelly G. Hyndman
Leigh Ann Lindquist
SUGHRUE MION, PLLC
2100 Pennsylvania Ave NW
Suite 800
Washington, DC 20037
Telephone: (202) 293-7060
Fax: (202) 293-7860

**Attorneys for Defendant**
**KAMPGROUNDS OF AMERICA, INC.**

*/s/ Steven M. Hanle*
Steven M. Hanle
shanle@sheppardmullin.com
Mark L. Blake
mblake@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON
LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA  92626
Telephone:  (714) 513-5100
Facsimile:  (714) 513-5130

**Attorneys for Defendant**
**HOT TOPIC, INC.**

- 131 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

_/s/ David K. Anderson_
David K. Anderson
SBT No. 01174100
SDT No. 7405
ANDERSON & CUNNINGHAM, P.C.
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-650-0260

OF COUNSEL:

Julie B. Cunningham
SBT No. 05240700
SDT No. 15051
ANDERSON & CUNNINGHAM, P.C.
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-650-0260

Steven A. Haber
Matthew A. Green
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103-1895
Telephone: 215-665-3000
Fax: 215-665-3165

**Attorneys for Defendant
iCIMS, Inc.**

- 132 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Joel T. Beres*
Joel T. Beres
Lead Counsel
Kentucky State Bar No. 84376
William Charles Ferrell, Jr.
Kentucky State Bar No. 90934
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
jberes@stites.com
wferrell@stites.com

**ATTORNEYS FOR DEFENDANT
HELLO METRO INCORPORATED**

- 133 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ Sherry H. Flax*

Sherry H. Flax, pro hac vice (Md. admitted)
sflax@saul.com
Sarah F. Lacey, pro hac vice (Md. admitted)
slacey@saul.com
**SAUL EWING LLP**
Lockwood Place
500 East Pratt St., 9th Floor
Baltimore, MD  21202
Tel: (410) 332-8784
Fax: (410) 332-8785

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
**POTTER MINTON**
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
U.S. VISION, INC.**

- 134 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

*/s/ James J. DeCarlo*
James J. DeCarlo
decarloj@gtlaw.com
Jonathan M. Dunsay, admitted *pro hac vice*
dunsayj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Mary-Olga Lovett
lovettm@gtlaw.com
State Bar No. 00789289
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  713-374-3541
Facsimile:  713-374-3505

Michael A. Nicodema, admitted *pro hac vice*
Attorney in Charge
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
PO Box 677
Florham Park, New Jersey 07932
Telephone:  973-360-7900
Facsimile:  973-301-8410

Kimberly A. Warshawsky
warshawskyk@gtlaw.com
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-445-8000
Facsimile: 602-445-8100

**ATTORNEYS FOR DEFENDANT
CANON U.S.A., INC.**

- 135 -

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 17, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


           */s/ Jane J. Du*       
           Jane J. Du

**DEFENDANTS' JOINT INITIAL INVALIDITY CONTENTIONS**