UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOTAG INC., | No. C13-0217 EMC |
|     Plaintiff, | |
|     v. | **ORDER OF REFERENCE** |
| ZOOSK INC., | |
|     Defendant. | |
| _____/ | |

Pursuant to Northern District Civil Local Rule 72-1 and this Court's order referring all discovery to a magistrate judge dated March 15, 2013, it is HEREBY ORDERED that defendant's Motion for Leave to Supplement Invalidity Contentions (Docket #139) is referred to this case's Discovery Magistrate Judge Maria-Elena James for resolution. The motion is to be heard and considered at the convenience of her calendar. The original hearing date of August 29, 2013 before Judge Edward M. Chen is hereby vacated.

Dated: July 29, 2013

_____
EDWARD M. CHEN
United States District Judge