| | |
|---|---|
| DANIEL S. MOUNT, ESQ. (CSB No. 77517)<br>dmount@mount.com<br>KEVIN M. PASQUINELLI (CSB No. 246985)<br>kpasquinelli@mount.com<br>MOUNT, SPELMAN & FINGERMAN, P.C.<br>RiverPark Tower, Suite 1650<br>333 West San Carlos Street<br>San Jose, CA 95110-2740<br>Telephone: 408.279.7000<br>Facsimile: 408.998.1474<br><br>DAVID R. BENNETT (*PRO HAC VICE*)<br>dbennett@directionip.com<br>DIRECTION IP LAW<br>P.O. BOX 14184<br>Chicago, IL 60614-0184<br>Telephone: 312.291.1667<br>Facsimile: 773.244.1070<br><br>Attorneys for Plaintiff and Counterclaim-Defendant<br>GEOTAG, INC. | CHARLENE M. MORROW (CSB No. 136411)<br>cmorrow@fenwick.com<br>PATRICK E. PREMO (CSB No. 184915)<br>ppremo@fenwick.com<br>HECTOR J. RIBERA (CSB No. 221511)<br>hribera@fenwick.com<br>KATHLEEN LU (CSB No. 267032)<br>klu@fenwick.com<br>BRIAN E. LAHTI (CSB No. 278951)<br>blahti@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>Attorneys for Defendant and Counterclaimant<br>ZOOSK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ZOOSK, INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 13-cv-00217-EMC<br><br>**JOINT STIPULATION AND [PR~~OPO~~SED] ORDER FOR 30-DAY EXTENSION OF REMAINING CLAIM CONSTRUCTION DEADLINES**<br><br>Date Action Filed: September 13, 2011<br>Trial Date: None set |

Pursuant to Local Rule 6-2, Plaintiff GeoTag, Inc. ("GeoTag") and Defendant Zoosk, Inc. ("Zoosk") (collectively, the "Parties"), stipulate as recited below and jointly request that the Court amend the current Claim Construction Scheduling Order [Dkt. No. 133] as set forth below.

WHEREAS, the Court, by Order dated April 2, 2013 [Dkt. No. 133], issued a scheduling order setting forth the case schedule through claim construction;

1  WHEREAS, the Court, by Order dated July 24, 2013 [Dkt. No. 146], amended that
2  schedule by resetting the tutorial from October 16, 2013 to October 18, 2013;

3  WHEREAS, GeoTag's Supplemental Infringement Contentions were served June 24,
4  2013;

5  WHEREAS, GeoTag on August 2, 2013 agreed to provide Zoosk amended supplemental
6  infringement contentions;

7  WHEREAS, Zoosk has requested a thirty (30) day extension of all remaining claim
8  construction deadlines to allow GeoTag time to amend its supplemental infringement contentions
9  as discussed at the meet and confer between the parties on August 2, 2013, as well as provide
10 Zoosk the necessary time to review the amended supplemental infringement contentions prior to
11 claim construction;

12 WHEREAS, GeoTag does not object to the extension of thirty (30) days of all remaining
13 claim construction deadlines;

14 THE PARTIES HEREBY STIPULATE and jointly request that, in view of the foregoing,
15 the case schedule shall be modified as set forth below:

JOINT STIPULATION AND [PROPOSED] ORDER
FOR 30-DAY EXTENSION OF REMAINING     2     CASE NO.: 13-cv-00217-EMC
CLAIM CONSTRUCTION DEADLINES

| Event | Current Date | Proposed Date |
|---|---|---|
| Parties to submit Joint Claim Construction and Prehearing Statement | 8/19/2013 | 9/19/2013 |
| Opening claim construction briefing by GeoTag | 9/9/2013 | 10/10/2013 |
| Responsive claim construction briefing by Zoosk | 9/23/2013 | 10/24/2013 |
| Reply claim construction briefing by GeoTag | 9/30/2013 | 10/31/2013 |
| Tutorial | 10/18/2013 | ~~Week of~~ 11/18/2013 at 2:30pm |
| *Markman* Hearing and Further CMC | 10/29/2013 | ~~Week of 11/29/2013~~ 12/2/13 at 2:30 p.m. |

Dated: August 14, 2013     FENWICK & WEST LLP

By: /s/ Brian E. Lahti
    Brian E. Lahti
    Attorneys for Defendants and
    Counterclaimants
    Zoosk, Inc.

Dated: August 14, 2013     MOUNT, SPELMAN & FINGERMAN, PC

By: /s/ Kevin Pasquinelli
    Kevin Pasquinelli
    Attorneys for Plaintiffs and Counterclaim-
    Defendants
    GeoTag, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 14, 2013                                FENWICK & WEST LLP


By: /s/ Brian E. Lahti
    Brian E. Lahti
    Attorneys for Defendants and
    Counterclaimants
    Zoosk, Inc.