DANIEL S. MOUNT, ESQ. (CSB No. 77517)
dmount@mount.com
KEVIN M. PASQUINELLI (CSB No. 246985)
kpasquinelli@mount.com
MOUNT, SPELMAN & FINGERMAN, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740
Telephone:   408.279.7000
Facsimile:   408.998.1474

DAVID R. BENNETT (*PRO HAC VICE*)
dbennett@directionip.com
DIRECTION IP LAW
P.O. BOX 14184
Chicago, IL 60614-0184
Telephone:   312.291.1667
Facsimile:   773.244.1070

Attorneys for Plaintiff and Counterclaim-Defendant
GEOTAG, INC.

CHARLENE M. MORROW (CSB No. 136411)
cmorrow@fenwick.com
PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HECTOR J. RIBERA (CSB No. 221511)
hribera@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
BRIAN E. LAHTI (CSB No. 278951)
blahti@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

Attorneys for Defendant and Counterclaimant
ZOOSK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOTAG, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZOOSK, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 13-cv-00217-EMC <br><br> **JOINT STIPULATION AND [PR~~OPO~~SED] ORDER FOR 30-DAY EXTENSION OF REMAINING CLAIM CONSTRUCTION DEADLINES** <br><br> Date Action Filed: September 13, 2011 <br> Trial Date: None set |

Pursuant to Local Rule 6-2, Plaintiff GeoTag, Inc. ("GeoTag") and Defendant Zoosk, Inc. ("Zoosk") (collectively, the "Parties"), stipulate as recited below and jointly request that the Court amend the current Claim Construction Scheduling Order [Dkt. No. 133] as set forth below.

WHEREAS, the Court, by Order dated April 2, 2013 [Dkt. No. 133], issued a scheduling order setting forth the case schedule through claim construction;

1   WHEREAS, the Court, by Order dated July 24, 2013 [Dkt. No. 146], amended that
2   schedule by resetting the tutorial from October 16, 2013 to October 18, 2013;

3   WHEREAS, GeoTag's Supplemental Infringement Contentions were served June 24,
4   2013;

5   WHEREAS, GeoTag on August 2, 2013 agreed to provide Zoosk amended supplemental
6   infringement contentions;

7   WHEREAS, Zoosk has requested a thirty (30) day extension of all remaining claim
8   construction deadlines to allow GeoTag time to amend its supplemental infringement contentions
9   as discussed at the meet and confer between the parties on August 2, 2013, as well as provide
10  Zoosk the necessary time to review the amended supplemental infringement contentions prior to
11  claim construction;

12  WHEREAS, GeoTag does not object to the extension of thirty (30) days of all remaining
13  claim construction deadlines;

14  THE PARTIES HEREBY STIPULATE and jointly request that, in view of the foregoing,
15  the case schedule shall be modified as set forth below:

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| Event | Current Date | Proposed Date |
|---|---|---|
| Parties to submit Joint Claim Construction and Prehearing Statement | 8/19/2013 | 9/19/2013 |
| Opening claim construction briefing by GeoTag | 9/9/2013 | 10/10/2013 |
| Responsive claim construction briefing by Zoosk | 9/23/2013 | 10/24/2013 |
| Reply claim construction briefing by GeoTag | 9/30/2013 | 10/31/2013 |
| Tutorial | 10/18/2013 | ~~Week of 11/18/2013~~ at 2:30pm |
| *Markman* Hearing and Further CMC | 10/29/2013 | ~~Week of 11/29/2013~~ 12/2/13 at 2:30 p.m. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIPULATION AND [PROPOSED] ORDER
FOR 30-DAY EXTENSION OF REMAINING          3          CASE NO.: 13-cv-00217-EMC
CLAIM CONSTRUCTION DEADLINES

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 14, 2013 | FENWICK & WEST LLP |
| 3 | | |
| 4 | | By: /s/ Brian E. Lahti |
| 5 | | Brian E. Lahti<br>Attorneys for Defendants and<br>Counterclaimants |
| 6 | | Zoosk, Inc. |
| 7 | Dated: August 14, 2013 | MOUNT, SPELMAN & FINGERMAN, PC |

By: /s/ Kevin Pasquinelli

Kevin Pasquinelli
Attorneys for Plaintiffs and Counterclaim-Defendants
GeoTag, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Edward M. Chen
United States District Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

JOINT STIPULATION AND [PROPOSED] ORDER
FOR 30-DAY EXTENSION OF REMAINING        4        CASE NO.: 13-cv-00217-EMC
CLAIM CONSTRUCTION DEADLINES

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 14, 2013                    FENWICK & WEST LLP


By: /s/ Brian E. Lahti
    Brian E. Lahti
    Attorneys for Defendants and
    Counterclaimants
    Zoosk, Inc.