# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| GEOTAG INC, <br>         Plaintiff, <br>    v. <br> ZOOSK INC., <br>         Defendant. <br> _____/ | No. C 13-00217 EMC (MEJ) <br><br> **ORDER RE SEPTEMBER 16, 2013 AND SEPTEMBER 17, 2013 JOINT LETTERS [Dkt. Nos. 153, 159]** |

On September 16, 2013, Defendant Zoosk, Inc. filed a joint letter requesting a telephonic conference with the Court in order to enforce the Court's meet-and-confer requirement. Dkt. No. 153. According to Zoosk, Plaintiff Geotag, Inc., has refused to meet and confer to discuss Geotag's Revised Supplemental Infringement Contentions and has failed to agree to a briefing schedule for submission of a joint letter regarding the amended infringement contentions.

On September 17, 2013, GeoTag filed a letter in response, disagreeing with Zoosk's statement that it has refused to meet and confer, and representing that it is Zoosk that has failed to comply with the meet and confer requirement. Dkt. No. 159. GeoTag represents that it "is willing to discuss these matters on the merits once Zoosk counsel has properly met and conferred in person."

Thus, it is unclear what the dispute is at this point: both parties are well-aware of the Court's meet and confer requirement and both parties have indicated their willingness to meet and confer.

Accordingly, the Court **DENIES** Zoosk's request for a telephonic conference and **ORDERS** as follows: no later than 9:00 a.m. on September 19, 2013, Zoosk shall propose to GeoTag three dates and times within the next 7 days when counsel is available to meet and confer in person. GeoTag shall select one of the dates and times and inform Zoosk of its decision no later than noon on September 19, 2013.

If the parties are unable to successfully complete this process, they shall notify the Court and the Court will order a date and time for the parties to appear in Court to fulfill the meet and confer requirement.

**IT IS SO ORDERED.**

Dated: September 18, 2013

_____
Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**