DANIEL S. MOUNT, ESQ. (CSB No. 77517)
dmount@mount.com
KEVIN M. PASQUINELLI (CSB No. 246985)
kpasquinelli@mount.com
MOUNT, SPELMAN & FINGERMAN, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA  95110-2740
Telephone:     408.279.7000
Facsimile:     408.998.1474

DAVID R. BENNETT (*PRO HAC VICE*)
dbennett@directionip.com
DIRECTION IP LAW
P.O. BOX 14184
Chicago, IL  60614-0184
Telephone:     312.291.1667
Facsimile:     773.244.1070

Attorneys for Plaintiff and Counterclaim-
Defendant
GEOTAG, INC.

CHARLENE M. MORROW (CSB No. 136411)
cmorrow@fenwick.com
PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HECTOR J. RIBERA (CSB No. 221511)
hribera@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
BRIAN E. LAHTI (CSB No. 278951)
blahti@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys for Defendant and
Counterclaimant
ZOOSK, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ZOOSK, INC.,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 13-cv-00217-EMC<br><br>**JOINT STIPULATION AND [PRO~~POS~~SED] ORDER FOR EXTENSION OF REMAINING CLAIM CONSTRUCTION DEADLINES**<br><br>Date Action Filed:  September 13, 2011<br>Trial Date: None set |

Pursuant to Local Rule 6-2, Plaintiff GeoTag, Inc. ("GeoTag") and Defendant Zoosk, Inc.

("Zoosk") (collectively, the "Parties"), stipulate as recited below and jointly request that the Court

amend the current Claim Construction Scheduling Order [Dkt. No. 133] as set forth below.

WHEREAS, the Court, by Order dated April 2, 2013 [Dkt. No. 133], issued a scheduling

order setting forth the case schedule through claim construction;

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF REMAINING CLAIM                          CASE NO.: 13-cv-00217-EMC
CONSTRUCTION DEADLINES

1    WHEREAS, the Court, by Order dated July 24, 2013 [Dkt. No. 146], amended that

2 schedule by resetting the tutorial from October 16, 2013 to October 18, 2013;

3    WHEREAS, GeoTag's Supplemental Infringement Contentions were served June 24,

4 2013;

5    WHEREAS, the Parties met and conferred on August 2, 2013 and GeoTag agreed to

6 provide Zoosk amended supplemental infringement contentions;

7    WHEREAS, the Parties had previously filed a stipulation for a thirty (30) day extension of

8 all remaining claim construction deadlines [Dkt. No. 150] to allow GeoTag time to amend its

9 Supplemental Infringement Contentions as discussed at the meet-and-confer between the parties

10 on August 2, 2013, as well as, provide Zoosk the necessary time to review the amended

11 supplemental infringement contentions prior to claim construction;

12    WHEREAS, the Court, by Order dated August 15, 2013 [Dkt. No. 152], granted the

13 Parties' stipulation for a thirty (30) day extension of all remaining claim construction deadlines;

14    WHEREAS, GeoTag's Amended Supplemental Infringement Contentions were served

15 August 29, 2013, after review of a supplemental source code production from Zoosk relating to

16 the accused instrumentalities;

17    WHEREAS, the Parties met and conferred on September 24, 2013, and GeoTag agreed to

18 provide Zoosk revisions to its August 29, 2013 Amended Supplemental Infringement

19 Contentions;

20    WHEREAS, the Parties agree to the below extension of all remaining claim construction

21 deadlines to allow GeoTag time to revise its Amended Supplemental Infringement Contentions as

22 the Parties discussed at the September 24, 2013 meet-and-confer, as well as, provide Zoosk the

23 necessary time to review the revised Amended Supplemental Infringement Contentions prior to

24 claim construction;

25    WHEREAS, GeoTag is currently set to begin trial in the Eastern District of Texas on

26 December 2, 2013;

27    THE PARTIES HEREBY STIPULATE and jointly request that, in view of the foregoing,

28

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF REMAINING CLAIM          2          CASE NO.: 13-cv-00217-EMC
CONSTRUCTION DEADLINES

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   the case schedule shall be modified as set forth below:

2

| Event | Current Date | Proposed Date |
|---|---|---|
| Opening claim construction briefing by GeoTag | 10/10/2013 | 12/23/2013 |
| Responsive claim construction briefing by Zoosk | 10/24/2013 | 1/6/2014 |
| Reply claim construction briefing by GeoTag | 10/31/2013 | 1/13/2014 |
| Tutorial | 11/18/2013 | Week of 1/27/2014 )(2:30p) |
| *Markman* Hearing and Further CMC | 12/2/2013 | Week of 2/10/2014 |

(2:30p)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF REMAINING CLAIM         3         CASE NO.: 13-cv-00217-EMC
CONSTRUCTION DEADLINES

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2    Dated:  September 27, 2013                    FENWICK & WEST LLP

3

4                                                  By: /s/ Brian E. Lahti
                                                       Brian E. Lahti
5                                                      Attorneys for Defendant and
                                                       Counterclaimant
6                                                      Zoosk, Inc.

7    Dated:  September 27, 2013                    MOUNT, SPELMAN & FINGERMAN, PC

8

9                                                  By: /s/ Kevin Pasquinelli
                                                       Kevin Pasquinelli
10                                                     Attorneys for Plaintiff and Counterclaim-
                                                       Defendant
11                                                     GeoTag, Inc.

12

13

14

15

16   PURSUANT TO STIPULATION, IT IS SO
     ORDERED.

17

18   _____

19   The Honorable Edward M. Chen
     United States District J

20                    IT IS SO ORDERED
                      AS MODIFIED
21

22                    Judge Edward M. Chen

23

24

25

26

27

28
     JOINT STIPULATION AND [PROPOSED] ORDER
     FOR EXTENSION OF REMAINING CLAIM              4          CASE NO.: 13-cv-00217-EMC
     CONSTRUCTION DEADLINES

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of

3

perjury that the concurrence in the filing of this document has been obtained from its signatories.

4

5        Dated:  September 27, 2013                    FENWICK & WEST LLP

6

7                                                      By: */s/ Brian E. Lahti*

8                                                          Brian E. Lahti
                                                           Attorneys for Defendant and
                                                           Counterclaimant
9                                                          Zoosk, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW