| | |
|---|---|
| DANIEL S. MOUNT, ESQ. (CSB No. 77517)<br>dmount@mount.com<br>KEVIN M. PASQUINELLI (CSB No. 246985)<br>kpasquinelli@mount.com<br>MOUNT, SPELMAN & FINGERMAN, P.C.<br>RiverPark Tower, Suite 1650<br>333 West San Carlos Street<br>San Jose, CA 95110-2740<br>Telephone:   408.279.7000<br>Facsimile:    408.998.1474<br><br>DAVID R. BENNETT (*PRO HAC VICE*)<br>dbennett@directionip.com<br>DIRECTION IP LAW<br>P.O. BOX 14184<br>Chicago, IL 60614-0184<br>Telephone:   312.291.1667<br>Facsimile:    773.244.1070<br><br>Attorneys for Plaintiff and Counterclaim-Defendant<br>GEOTAG, INC. | CHARLENE M. MORROW (CSB No. 136411)<br>cmorrow@fenwick.com<br>PATRICK E. PREMO (CSB No. 184915)<br>ppremo@fenwick.com<br>HECTOR J. RIBERA (CSB No. 221511)<br>hribera@fenwick.com<br>KATHLEEN LU (CSB No. 267032)<br>klu@fenwick.com<br>BRIAN E. LAHTI (CSB No. 278951)<br>blahti@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone:   650.988.8500<br>Facsimile:    650.938.5200<br><br>Attorneys for Defendant and Counterclaimant<br>ZOOSK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ZOOSK, INC.,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 13-cv-00217-EMC<br><br>**JOINT STIPULATION AND [PR~~OPO~~SED] ORDER FOR EXTENSION OF REMAINING CLAIM CONSTRUCTION DEADLINES**<br><br>Date Action Filed:  September 13, 2011<br>Trial Date: None set |

Pursuant to Local Rule 6-2, Plaintiff GeoTag, Inc. ("GeoTag") and Defendant Zoosk, Inc. ("Zoosk") (collectively, the "Parties"), stipulate as recited below and jointly request that the Court amend the current Claim Construction Scheduling Order [Dkt. No. 133] as set forth below.

WHEREAS, the Court, by Order dated April 2, 2013 [Dkt. No. 133], issued a scheduling order setting forth the case schedule through claim construction;

1  WHEREAS, the Court, by Order dated July 24, 2013 [Dkt. No. 146], amended that
2  schedule by resetting the tutorial from October 16, 2013 to October 18, 2013;
3  WHEREAS, GeoTag's Supplemental Infringement Contentions were served June 24,
4  2013;
5  WHEREAS, the Parties met and conferred on August 2, 2013 and GeoTag agreed to
6  provide Zoosk amended supplemental infringement contentions;
7  WHEREAS, the Parties had previously filed a stipulation for a thirty (30) day extension of
8  all remaining claim construction deadlines [Dkt. No. 150] to allow GeoTag time to amend its
9  Supplemental Infringement Contentions as discussed at the meet-and-confer between the parties
10 on August 2, 2013, as well as, provide Zoosk the necessary time to review the amended
11 supplemental infringement contentions prior to claim construction;
12 WHEREAS, the Court, by Order dated August 15, 2013 [Dkt. No. 152], granted the
13 Parties' stipulation for a thirty (30) day extension of all remaining claim construction deadlines;
14 WHEREAS, GeoTag's Amended Supplemental Infringement Contentions were served
15 August 29, 2013, after review of a supplemental source code production from Zoosk relating to
16 the accused instrumentalities;
17 WHEREAS, the Parties met and conferred on September 24, 2013, and GeoTag agreed to
18 provide Zoosk revisions to its August 29, 2013 Amended Supplemental Infringement
19 Contentions;
20 WHEREAS, the Parties agree to the below extension of all remaining claim construction
21 deadlines to allow GeoTag time to revise its Amended Supplemental Infringement Contentions as
22 the Parties discussed at the September 24, 2013 meet-and-confer, as well as, provide Zoosk the
23 necessary time to review the revised Amended Supplemental Infringement Contentions prior to
24 claim construction;
25 WHEREAS, GeoTag is currently set to begin trial in the Eastern District of Texas on
26 December 2, 2013;
27 THE PARTIES HEREBY STIPULATE and jointly request that, in view of the foregoing,
28

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF REMAINING CLAIM                2           CASE NO.: 13-cv-00217-EMC
CONSTRUCTION DEADLINES

the case schedule shall be modified as set forth below:

| Event | Current Date | Proposed Date | |
|---|---|---|---|
| Opening claim construction briefing by GeoTag | 10/10/2013 | 12/23/2013 | |
| Responsive claim construction briefing by Zoosk | 10/24/2013 | 1/6/2014 | |
| Reply claim construction briefing by GeoTag | 10/31/2013 | 1/13/2014 | |
| Tutorial | 11/18/2013 | Week of 1/27/2014 | (2:30p) |
| *Markman* Hearing and Further CMC | 12/2/2013 | Week of 2/10/2014 | (2:30p) |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 27, 2013 | FENWICK & WEST LLP |
| 3 | | |
| 4 | | By: /s/ *Brian E. Lahti* |
| 5 | | Brian E. Lahti<br>Attorneys for Defendant and<br>Counterclaimant |
| 6 | | Zoosk, Inc. |
| 7 | Dated: September 27, 2013 | MOUNT, SPELMAN & FINGERMAN, PC |

By: /s/ *Kevin Pasquinelli*
Kevin Pasquinelli
Attorneys for Plaintiff and Counterclaim-Defendant
GeoTag, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Honorable Edward M. Chen
United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF REMAINING CLAIM
CONSTRUCTION DEADLINES            4            CASE NO.: 13-cv-00217-EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: September 27, 2013                    FENWICK & WEST LLP


By: /s/ *Brian E. Lahti*
 Brian E. Lahti
 Attorneys for Defendant and
 Counterclaimant
 Zoosk, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF REMAINING CLAIM         5         CASE NO.: 13-cv-00217-EMC
CONSTRUCTION DEADLINES