| | |
|---|---|
| DAVID R. BENNETT (*PRO HAC VICE*) <br> dbennett@directionip.com <br> DIRECTION IP LAW <br> P.O. BOX 14184 <br> Chicago, IL  60614-0184 <br> Telephone:    312.291.1667 <br> Facsimile:     773.244.1070 <br><br> JEFFREY A. TINKER <br> (*PRO HAC VICE PENDING*) <br> *jtinker@winstead.com* <br> *Winstead PC* <br> *500 Winstead Building* <br> *2728 N. Harwood Street* <br> *Dallas, Texas 75201* <br><br> JOSEPH A. GRECO (Cal. Bar No. 104476) <br> jgreco@beckllp.com <br> KIMBERLY P. ZAPATA (Cal. Bar No. 138291) <br> kzapata@beckllp.com <br> Beck, Bismonte & Finley, LLP <br> 150 Almaden Boulevard, 10th Floor <br> San Jose, CA 95113 <br> Telephone: 408.938.7900 <br> Facsimile: 408.938.0790 <br><br> Attorneys for Plaintiff and Counterclaim-Defendant <br> GEOTAG, INC. | CHARLENE M. MORROW (CSB No. 136411) <br> cmorrow@fenwick.com <br> PATRICK E. PREMO (CSB No. 184915) <br> ppremo@fenwick.com <br> HECTOR J. RIBERA (CSB No. 221511) <br> hribera@fenwick.com <br> KATHLEEN LU (CSB No. 267032) <br> klu@fenwick.com <br> BRIAN E. LAHTI (CSB No. 278951) <br> blahti@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA  94041 <br> Telephone:    650.988.8500 <br> Facsimile:     650.938.5200 <br><br> Attorneys for Defendant and Counterclaimant <br> ZOOSK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOTAG, INC., <br><br>           Plaintiff, <br><br> v. <br><br> ZOOSK, INC., <br><br>           Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 13-cv-00217-EMC <br><br> **JOINT STIPULATION AND [PRO~~POS~~ED] ORDER FOR EXTENSION OF REMAINING CLAIM CONSTRUCTION DEADLINES** <br><br> Date Action Filed:  September 13, 2011 <br> Trial Date: None set |

1   Pursuant to Local Rule 6-2 and Local Rule 7-12, Plaintiff GeoTag, Inc. ("GeoTag") and
2   Defendant Zoosk, Inc. ("Zoosk") (collectively, the "Parties"), stipulate as recited below and
3   jointly request that the Court amend the current Claim Construction Scheduling Order [Dkt. No.
4   133] as set forth below.

5   WHEREAS, the Court, by Order dated April 2, 2013 [Dkt. No. 133], issued a scheduling
6   order setting forth the case schedule through claim construction;

7   WHEREAS, the Court, modified that schedule by orders dated July 24, 2013 [Dkt. No.
8   146], August 15, 2013 [Dkt. No. 152] and October 2, 2013 [Dkt. No. 164];

9   WHEREAS, the October 2, 2013 modification reset GeoTag's opening claim construction
10  briefing to December 23, 2013, Zoosk's responsive claim construction briefing to January 6,
11  2014, and the *Markman* hearing to February 10, 2014;

12  WHEREAS, GeoTag's trial in the case titled *GeoTag, Inc. v. Frontier Communc's Corp.*
13  *et al.*, Case No. 2:10-cv-00265-JRG (E.D. Tex. filed July 23, 2010) (Gilstrap, J.) has been reset
14  from December 2, 2013 to March 10, 2014;

15  WHEREAS, GeoTag is set to begin trial in the case titled *Microsoft Corp. et al. v.*
16  *GeoTag, Inc.*, Case No. 11-cv-00175-RGA (D. Del. filed March 1, 2011) (Andrews, J.) on April
17  21, 2014;

18  WHEREAS, new counsel of record for GeoTag entered appearances on November 13,
19  2013 [Dkt. Nos. 167 and 168] and on December 10, 2103 [Dkt. No. 169];

20  WHEREAS, the Parties agree to the below extension of all remaining claim construction
21  deadlines to allow new counsel for GeoTag the necessary time to come up to speed to this action,
22  as well as, to allow the Court the benefit of the rulings from GeoTag's trial in the Eastern District
23  of Texas;

24  THE PARTIES HEREBY STIPULATE and jointly request that, in view of the foregoing,
25  the case schedule shall be modified as set forth below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opening claim construction briefing by GeoTag | 12/23/2013 | 2/24/2014 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | | |
|---|---|---|
| Responsive claim construction briefing by Zoosk | 1/6/2014 | 3/10/2014 |
| Reply claim construction briefing by GeoTag | 1/13/2014 | 3/17/2014 |
| Tutorial | 1/27/2014 | Week of 4/14/2014 2:30 pm |
| *Markman* Hearing and Further CMC | 2/10/2014 | Week of ~~4/21/2014~~ 4/28/14 2:30pm |

| | |
|---|---|
| Dated: December 13, 2013 2013 | FENWICK & WEST LLP |
| | By: /s/ *Brian E. Lahti* <br> Brian E. Lahti <br> Attorneys for Defendant and Counterclaimant <br> Zoosk, Inc. |
| | BECK, BISMONTE & FINLEY, LLP |
| Dated: December 13, 2013 | |
| | By: /s/ *Kimberly P. Zapata* <br> Kimberly P. Zapata <br> Attorneys for Plaintiff and Counterclaim-Defendant <br> GeoTag, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  (as modified)

_____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

JOINT STIP. AND [PROPOSED] ORDER FOR EXT.
OF REMAINING CLAIM CONST. DEADLINES        3                    CASE NO.: 13-cv-00217-EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  December 13, 2013          FENWICK & WEST LLP


                                   By: */s/ Brian E. Lahti*
                                       Brian E. Lahti
                                       Attorneys for Defendant and
                                       Counterclaimant
                                       Zoosk, Inc.