UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOTAG, INC., | No. C13-0217 EMC |
|       Plaintiff, | **ORDER RE: GEOTAG'S MOTION TO LIMIT CLAIM CONSTRUCTION BRIEFING** |
|   v. | |
| ZOOSK, INC., | |
|       Defendant. | |
| _____/ | |

Before the Court is GeoTag, Inc.'s "Administrative Motion to Limit Claim Construction Briefing and Argument to the Ten 'Most Significant' Terms Pursuant to PLR 4-3(c)." Dkt. No. 186. Zoosk, Inc. has objected to Geotag bringing this motion as an administrative motion and has requested that the Court set the motion for hearing and establish a briefing schedule. Dkt. No. 187. The Court finds a hearing unnecessary. Zoosk shall file its substantive opposition – not to exceed 7 pages – to Geotag's motion no later than 5:00pm, Friday, February 14, 2014. Geotag may file a reply – not to exceed 3 pages – no later than 5:00pm, Friday, February 21, 2014.

IT IS SO ORDERED.

Dated: February 4, 2014

                                                  _____
                                                EDWARD M. CHEN
                                                United States District Judge