STEPHEN F. MALOUF (*PRO HAC VICE*)
maloufs@smalouf.com
MALOUF & NOCKELS, LLP
3811 Turtle Creek Blvd., Suite 800
Dallas, TX 75219
Telephone: 214.969.7373
Facsimile: 214.969.7648

DAVID R. BENNETT (*PRO HAC VICE*)
dbennett@directionip.com
DIRECTION IP LAW
P.O. BOX 14184
Chicago, IL 60614-0184
Telephone: 312.291.1667
Facsimile:   773.244.1070

JEFFREY A. TINKER (*PRO HAC VICE*)
jtinker@winstead.com
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201

JOSEPH A. GRECO (Cal. Bar No. 104476)
jgreco@beckllp.com
KIMBERLY P. ZAPATA (Cal. Bar No. 138291)
kzapata@beckllp.com
BECK, BISMONTE & FINLEY, LLP
150 Almaden Boulevard, 10th Floor
San Jose, CA 95113
Telephone: 408.938.7900
Facsimile:   408. 938.0790

*Attorneys for Plaintiff and Counterclaim-Defendant GEOTAG, INC.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GEOTAG, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ZOOSK, INC., <br><br>    Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 13-cv-00217-EMC <br><br> **[P~~ROPOSE~~D] ORDER GRANTING PLAINTIFF AND COUNTERLCLAIM DEFENDANT GEOTAG, INC'S ADMINISTRATIVE MOTION TO LIMIT CLAIM CONSTRUCTION BRIEFING AND ARGUMENT TO THE TEN "MOST SIGNIFICANT" TERMS PURSUANT TO PLR 4-3(c) [CIVIL L.R. 7-11]** |

On January 31, 2014, Plaintiff and Counterclaim Defendant GeoTag, Inc. ("GeoTag") filed an Administrative Motion to Limit Claim Construction Briefing and Argument to the Ten "Most Significant" Terms that the parties identified in their Joint Claim Construction and Prehearing Statement (Dkt No. 162), pursuant to Patent L.R. 4-3(c).  Defendant and Counterclaimant Zoosk, Inc. ("Zoosk") has filed an opposition to GeoTag's motion.

The Court has read the parties' papers, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.     GeoTag's Motion is GRANTED.

2.     The parties shall address in their claim construction briefs and arguments only the 10 "most significant" claim terms that they identified in their Joint Claim Construction and Prehearing Statement ("Statement") (Dkt No. 162).

[*The following represents the alternative relief GeoTag requested, only if the Court denies GeoTag's motion to limit the proceedings to the 10 "most significant" claim terms and allows Zoosk's six additional terms to be briefed and argued*:

1.     The parties may brief and argue the six additional terms Zoosk has identified in the parties Joint Claim Construction and Prehearing Statement ("Statement") (Dkt No. 162).

2.     GeoTag may file an opening claim construction brief of no more than 30 pages.  Zoosk may file an opposition claim construction brief of no more than 30 pages.  GeoTag may file a reply claim construction brief of no more than 20 pages.]

Dated: _____2/21/14_____



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen


# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

By: /s/ Kimberly P. Zapata
Kimberly P. Zapata

Attorney for Plaintiff and Counterclaim-Defendant GeoTag, Inc.

BECK, BISMONTE & FINLEY, LLP
CITYVIEW PLAZA
150 ALMADEN BOULEVARD, 10TH FLOOR
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

PLAINTIFF'S MOTION TO LIMIT CLAIM CONSTRUCTION BRIEFING TO THE TEN "MOST SIGNIFICANT" TERMS     2     Case No. 13-CV-00217-EMC