STEPHEN F. MALOUF (*PRO HAC VICE*)
maloufs@smalouf.com
JEREMY MARTIN (*PRO HAC VICE*)
jmartin@smalouf.com
JONATHAN NOCKELS (*PRO HAC VICE*)
jnockels@smalouf.com
MALOUF & NOCKELS LLP
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
214-969-7373 (Telephone)
214-969-7648 (Facsimile)

JEFFREY A. TINKER (*PRO HAC VICE*)
jtinker@winstead.com
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201

JOSEPH A. GRECO (Cal. Bar No. 104476)
jgreco@beckllp.com
KIMBERLY P. ZAPATA (Cal. Bar No. 138291)
kzapata@beckllp.com
Beck, Bismonte & Finley, LLP
150 Almaden Boulevard, 10th Floor
San Jose, CA 95113
Telephone: 408.938.7900
Facsimile:  408.938.0790

Attorneys for Plaintiff and Counterclaim-
Defendant GEOTAG, INC.

CHARLENE M. MORROW (CSB No. 136411)
cmorrow@fenwick.com
PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
HECTOR J. RIBERA (CSB No. 221511)
hribera@fenwick.com
KATHLEEN LU (CSB No. 267032)
klu@fenwick.com
BRIAN E. LAHTI (CSB No. 278951)
blahti@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for Defendant and
Counterclaimant
ZOOSK, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>                    Plaintiff,<br>          v.<br><br>ZOOSK, INC.,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 13-cv-00217-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY OF CASE**<br><br>Current CMC Date: May 29, 2014<br>Requested CMC Date: July 31, 2014 |

1    This case presently is scheduled for a Case Management Conference on Thursday, May

2    29, 2014. The Joint Case Management Conference Statement is due on May 22, 2014. The parties

3    respectfully request that the Court continue the Case Management Conference until Thursday,

4    July 31, 2014 at 9:00 a.m. or to a date convenient to the Court thereafter, and continue the stay of

5    the case, for the following reasons:

6        1.    At the last Case Management Conference on February 27, 2014, the Court ordered

7    that the case would be stayed at least until the May 29, 2014 continued Case Management

8    Conference, so that the Court and the parties could know the outcome of GeoTag's case against

9    Google in the District of Delaware (*Microsoft Corporation et al. v. GeoTag, Inc.*, Civil Action

10   No. 11-00175-RGA), which involves the same GeoTag patent as is involved in this case, and

11   which was scheduled to go to trial in April 2014.

12       2.    In April 2014, the District of Delaware issued an order denying Google's motions

13   for summary judgment of laches and invalidity and granting Google's motion for

14   noninfringement.   The public version of the Court's Memorandum Opinion is Docket No. 477,

15   filed April 22, 2014.

16       3.    The Delaware court, however, asked the parties in that case to address whether, in

17   light of the recent Federal Circuit case of *Microsoft v. Datatern*, No. 2013-1184, 2014 WL

18   1327923 (Fed. Cir. April 4, 2014), the Delaware court had subject matter jurisdiction.  GeoTag's

19   and Google's briefing on that issue is ongoing and is scheduled to be completed on May 22, 2014.

20       4.    The parties to this action believe that judicial economy, as well as the economy of

21   the parties, is served by allowing the parties and the Court to know the outcome of the Google

22   case before proceeding with this case.  Accordingly, the parties hereby respectfully request that

23   the Court continue the Case Management Conference currently scheduled to take place on May

10:30 a.m.

24   29, 2014 until Thursday, July 31, 2014 at ~~9:00~~ a.m. in the Courtroom of the Honorable Edward

25   M. Chen, Courtroom 5 - 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, or to a

26   date convenient to the Court thereafter, and to continue the stay of this case until that continued

27   Case Management Conference.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**SO STIPULATED.**

BECK, BISMONTE & FINLEY, LLP

Dated:  May 15, 2014

By: /s/ Joseph A. Greco
      Joseph A. Greco
      Attorneys for Plaintiff and Counterclaim-
      Defendant
      GeoTag, Inc.

FENWICK & WEST LLP

By: /s/ Brian E. Lahti
      Brian E. Lahti
      Attorneys for Defendant and
      Counterclaimant
      Zoosk, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____5/20/14 (modified above)_____

The Honorable
United States

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that the concurrence in the filing of this document has been obtained from the signatories.

Dated:  May 15, 2014                          FENWICK & WEST LLP

By:  /s/ Brian E. Lahti
   Brian E. Lahti
   Attorneys for Defendant and
   Counterclaimant
   Zoosk, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  May 15, 2014                          FENWICK & WEST LLP

By:  /s/ Brian E. Lahti
   Brian E. Lahti
   Attorneys for Defendant and
   Counterclaimant
   Zoosk, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CMC AND STAY

4

CASE NO.: 13-cv-00217-EMC