1  JEFFREY A. TINKER (*PRO HAC VICE*)
2  jtinker@winstead.com
   WINSTEAD PC
3  500 Winstead Building
   2728 N. Harwood Street
4  Dallas, Texas 75201

5  JOSEPH A. GRECO (Cal. Bar No. 104476)
   jgreco@beckllp.com
6  KIMBERLY P. ZAPATA (Cal. Bar No. 138291)
   kzapata@beckllp.com
7  BECK, BISMONTE & FINLEY, LLP
   150 Almaden Boulevard, 10th Floor
8  San Jose, CA 95113
   Telephone: 408.938.7900
9  Facsimile: 408. 938.0790

10

11 *Attorney for Plaintiff and Counterclaim-*
   *Defendant GeoTag, Inc.*

12                 **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
14

15 GEOTAG, INC.,                          Case No.: 13-cv-00217-EMC

16              Plaintiff,                **STIPULATION AND [PROPOSED]**
                                          **ORDER FOR WITHDRAWAL OF**
17       v.                               **PLAINTIFF'S CO-COUNSEL,**
                                          **MALOUF & NOCKELS, LLP, AND**
18 ZOOSK, INC.,                           **REQUEST FOR TERMINATION OF**
                                          **ELECTRONIC NOTICES**
19              Defendant.
                                          Trial Date:  None Set
20                                        Date Action Filed:  September 13, 2011
   _____
   AND RELATED COUNTERCLAIMS.
21

22        Pursuant to Local Rule 11-5(a) and Local Rule 7-12, Plaintiff GeoTag, Inc. ("GeoTag")

23 and Defendant Zoosk, Inc. ("Zoosk") stipulate that, subject to the Court's approval, GeoTag may,

24 and hereby does, withdraw Malouf & Nockels LLP and the following attorneys in that firm as co-

25 counsel of record in this case:

26

27

28

STIPULATION AND [PROPOSED] ORDER          1          Case No. 13-cv-00217-EMC
FOR WITHDRAWAL OF PLAINTIFF'S CO-
COUNSEL

Stephen F. Malouf
maloufs@smalouf.com
Jeremy C. Martin
jmartin@smalouf.com
Jonathan Nockels
jnockels@smalouf.com
MALOUF & NOCKELS LLP
3811 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
214-969-7373 (Telephone)
214-969-7648 (Facsimile)

The parties further stipulate that the above listed attorneys be terminated from the Court's

electronic notice list.

The law firms and attorneys listed on the caption of this document as GeoTag's counsel

shall remain counsel of record in this case.

**SO STIPULATED.**

Dated:   February 9, 2015                    BECK, BISMONTE & FINLEY, LLP

                                             By:/s/ Joseph A. Greco
                                             Joseph A. Greco

                                             ***Attorneys for Plaintiff and Counterclaim-
                                             Defendant GeoTag, Inc.***

                                             FENWICK & WEST LLP

                                             By:/s/ Brian E. Lahti
                                             Brian E. Lahti

                                             ***Attorneys for Defendant Zoosk, Inc.***

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:_____  2/10/15
                                             The Honorable Edward M. Chen
                                             United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

1

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

2

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest that the concurrence in the

3

filing of this document has been obtained from its signatories.

4

Dated:  February 9, 2015

5

6
                                                        By:  /s/ Joseph A. Greco
                                                             Joseph A. Greco
7

8                                                       **Attorney for Plaintiff and Counterclaim-
                                                        Defendant GeoTag, Inc.**

9

10

11

## CERTIFICATE OF SERVICE

12

I hereby certify that on February 9, 2015, I electronically filed the foregoing with the

13

Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification

14

of such filing to all counsel who have entered an appearance in this action.

15

16

17
                                                        By: /s/ Joseph A. Greco
                                                            Joseph A. Greco
18
                                                        **Attorney for Plaintiff and Counterclaim-
                                                        Defendant GeoTag, Inc.**
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                    3                        Case No. 13-cv-00217-EMC
FOR WITHDRAWAL OF PLAINTIFF'S CO-
COUNSEL